1

2  DAVID L. NEALE (SBN 141225)
   JULIET Y. OH (SBN 211414)
3  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
   10250 Constellation Blvd., Suite 1700
   Los Angeles, California 90067
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5  Attorneys for Franchise Pictures LLC, *et al.*

6  STUART I. KOENIG (SBN 102764)
   CREIM, MACIAS, KOENIG & FREY LLP
7  633 West Fifth Street, 51st Floor
   Los Angeles, California 90071
8  Telephone:  (213) 614-1944
   Facsimile:  (213) 615-1961
9  Attorneys for SPE Holding Corp., *et al.*

FILED

AUG 11 2006

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

10

11                 UNITED STATES BANKRUPTCY COURT

12                  CENTRAL DISTRICT OF CALIFORNIA

13                  SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. SV 05-13855-MT |
| | Chapter 11 |
| FRANCHISE PICTURES LLC, *et al.* | (Jointly Administered) |
| | |
| Debtors. | |
| | |
| ☒ Affects All Debtors | |
| ☐ Affects Only | |
| | |
| In re | Case No. SV 05-50077-MT |
| | Chapter 11 |
| SPE HOLDING CORP., *et al.*, | (Jointly Administered) |
| | |
| Debtors. | SUBMISSION OF 2ND AMENDED |
| | SCHEDULE 6.2 TO THE "ASSET PURCHASE |
| ☒ Affects All Debtors | AGREEMENT BETWEEN FRANCHISE |
| ☐ Affects Only | PICTURES LLC AND CERTAIN AFFILIATES |
| | AND FPLAC LLC DATED AS OF APRIL 28, |
| | 2006" |
| | |
| | [No Hearing Required] |

28

ORIGINAL

Franchise Pictures LLC, Franchise Pictures, Inc., Franchise Films LLC, Franchise Entertainment LLC, 3000 Miles Productions, Inc., Alex and Emma Productions, Inc., Auggie Rose Productions, Inc., Battlefield Productions, LLC, Carter Productions, LLC, Champs Productions Inc., Conprod, Inc., Heightened Productions Inc., Nine Yards Productions, LLC, Phoenician Entertainment LLC, Pledge Productions, Inc., Rangers Productions, Inc., Seraph Productions, Inc., Split Card Films, Inc., Suite Productions LLC, Valentine Productions, Inc., VLN Productions, Inc., TGD Productions, Inc., Phoenician Entertainment, Inc., Nordhoff Rentals, Inc., Franchise Classics Pictures, Inc., Franchise Creative Corp. and Franchise Television LLC, as debtors and debtors in possession jointly administered under Case No. SV 05-13855-MT (collectively, the "Franchise Debtors"), and Animal Productions, LLC, Captured Productions, Inc., Cinema Holdings, Inc., Desperate, Inc., Disorder Productions, Inc., Lost Angels Distributions, Inc., Merciless Movies, Inc., Nine Yards Two Productions, Inc., Rabbitprod, Inc., Restrained Films, Inc., Ripped Films, Inc., Rumbling Productions, Inc., Saint Mortimer Films, Inc., Seabreeze Productions, Inc., Sever Productions, Inc., Silent Productions, Inc., Snake Eyes Productions, Inc., South Boondock Productions, Inc., Spartan Distribution, Inc., SPE Holding Corp., Stormy Productions, Inc., Twin Pictures Acquisition Corp., Unbelievable Productions, Inc., VS Productions, Inc., Zig Zag Productions, Inc. and Franchise Studios LLC, as debtors and debtors in possession jointly administered under Chapter 11 Case No. SV 05-50077-MT (collectively, the "SPE Debtors," and, together with the Franchise Debtors, the "Debtors" or the "Sellers"), hereby submit the attached 2nd Amended Schedule 6.2 to the "Asset Purchase Agreement Between Franchise Pictures LLC And Certain Affiliates And FPLAC LLC Dated As Of April 28, 2006," which is the subject of the "Debtors' Motion To Approve (1) Sale Of Assets Free And Clear Of Liens And Interests; (2) Assumption And Assignment Of Designated Executory Contracts; And (3) Rejection Of Designated Executory

1

2   Contracts."

3   Dated:  August 10, 2006                    FRANCHISE PICTURES LLC, *et al.*

4

5                                      By: _____
                                            DAVID L. NEALE
6                                           RON BENDER
                                            JULIET Y. OH
7                                           LEVENE, NEALE, BENDER, RANKIN
                                                & BRILL L.L.P.
8                                           Attorneys for Chapter 11 Debtors and
                                            Debtors in Possession
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## 2ND AMENDED SCHEDULE 6.2
### List of Executory Contracts to be Rejected – Domestic Contracts

1.    Multi-Picture Deal dated as of October 15, 2003 between Franchise Studios LLC and Warner Home Video regarding multiple titles including *20 Dates, Auggie Rose, Big Kahuna, Boondock Saints, Boys on the Run, But I'm A Cheerleader, Caveman's Valentine, Desperate But Not Serious, Entropy, Extreme Dating, Five Aces, The Green Dragon, If Dog Rabbit, Intrepid,* Investigating *Sex, Kept, Lost Angel, Meet Prince Charming, Mumbo Jumbo, My First Mister, Out of Reach, Restraining Order, Retrograde, Spartan, Third Miracle, Tracker, Woman Wanted* and *You Stupid Man.*

2.    Multi-Picture Deal Term Sheet - Amendment No. 1 dated as of October 22, 2003 to the Multi-Picture Deal Dated as of October 15, 2003 between Franchise Pictures LLC and Warner Home Video (note: the underlying agreement, item #3 above, is between WHV and Franchise Studios while the amendment amending the document is with Franchise Pictures).

3.    Multiple Picture Acquisition Agreement dated as of August 26, 2000 between Franchise Pictures LLC and New City Releasing regarding the television rights for territories of the United States, Bermuda, the Bahamas and the Caribbean Islands for the motion pictures *Meet Prince Charming, Mercy,* and *Boondock Saints.*

4.    All sales agency agreements of any nature and kind as of various unknown dates between Franchise Pictures LLC, Franchise Pictures, Inc and Phoenician Entertainment LLC (collectively "Franchise") on the one hand and New City Releasing on the other, granting sales agency rights to New City for various motion pictures including *Five Aces Intrepid, Murder of Crows, Boondock Saints, Tycus, Entropy, Woman Wanted* and any other films, for the territory of the United States, or any other territories, for home video, television or any other media of exhibition. No copies of any such sales agency agreements exist in the possession of the Debtor; however, there are invoices from New City to Franchise for sales commission on licensing activity on the above titles.

5.    License agreement on or about October 1, 2000 between Phoenician Entertainment Inc. and Saturn Home Entertainment LLC for the motion picture *Five Aces* for the territory of the United States for the DVD and videocassette media.

6.    License agreement dated as of January 6, 2000 between Franchise Pictures, Inc. and Metropolis Motion Pictures, Inc. for the motion picture *Desperate But Not Serious* for home video rights for the territory of the United States.

7.    License agreement on or about October 11, 2000 between Franchise Pictures Inc. and Saturn Home Entertainment LLC for the motion picture *Boondock Saints* for the territory of the United States for the DVD and videocassette media.

8.    License Agreement dated as of June 1, 2000 between Phoenician Entertainment Inc. and Saturn Home Entertainment LLC for the motion picture *Kept* for the territories of the United States, Canada and Bermuda and all of their respective territories and possessions, for home video, non-theatrical, theatrical and television rights

## 2ND AMENDED SCHEDULE 6.2
### List of Executory Contracts to be Rejected – Domestic Contracts

9.      Deal Memorandum - Multi Picture Output Deal dated as of October 19, 1999 between Spartan Home Entertainment LLC and Franchise Pictures for the territory of the United States, Canada and Bermuda for home video, television and non-theatrical rights to the motion pictures *Rangers, Submerged, Ablaze, Critical Mass, Active Stealth, Intrepid, Captured, Kept, Air Rage,* all for which license fees were set forth and other listed titles such as *Animal Factory, Puff The Magic Dragon* (aka *The Green Dragon*) and others marked as TBD (To Be Determined).

10.     Licensing agreement dated as of May 15, 2000 between Animal Productions LLC and Saturn Home Entertainment LLC for the territories of the United States, Canada and Bermuda for home video, non-theatrical, theatrical and television rights to the motion picture *Animal Factory*.

11.     Licensing agreement dated as of June 1, 2000 between Auggie Rose Productions, Inc. and Saturn Home Entertainment LLC for the territories of the United States, Canada and Bermuda for home video, non-theatrical, theatrical and television rights to the motion picture *Auggie Rose*.

12.     Short Form Distribution Agreement dated as of June 24, 1999 between Phoenician Entertainment, Inc. and Spartan Home Entertainment LLC in regard to the motion picture Tycus for the territories of the United States and Bermuda for the theatrical, non-theatrical, home video and television media.

13.     License agreement dated as of September 30, 1999 between Franchise Pictures, Inc. and Metropolis Motion Pictures, Inc. for the motion picture *Woman Wanted* for home video rights for the territory of the United States, Canada and Bermuda.

14.     License agreement dated as of January 1, 2001 between Franchise Pictures LLC and Spartan Home Entertainment LLC for the territories if the United States, Canada and Bermuda for the ancillary, home video, non-theatrical, theatrical and television rights to the motion picture *Zig Zag*.

15.     License agreement dated as of February 27, 2001 between VLN Productions Inc. and Spartan Home Entertainment LLC for the territories if the United States, Canada and Bermuda for the ancillary, home video, non-theatrical, theatrical and television rights to the motion picture *Viva Las Nowhere*.

16.     Short Form Distribution Agreement between Franchise Pictures LLC and Argo Entertainment, LLC  dated as of December 1, 1999 for the territories of the United States, Canada and Bermuda for the theatrical, non-theatrical, home video, television and ancillary rights to the motion picture Submerged.

17.     AFMA International Multiple Rights Deal Memo (License Agreement) dated as of August 24, 1998 between Phoenician Entertainment and New City Releasing for the motion picture *Tycus* for the United States for all rights.

## 2ND AMENDED SCHEDULE 6.2
### List of Executory Contracts to be Rejected – Domestic Contracts

18.    License agreement dated as of February 27, 2001 between TGD Productions, Inc. and "Spartan Home Entertainment LLC and its affiliates, subsidiaries and parent companies ("Spartan") regarding the motion picture *The Green Dragon* for the territories of the United States, Canada and Bermuda for the ancillary, non-theatrical, theatrical, home video and television rights.

19.    Sales Agency Agreement dated as of June 25, 2002 between Hairy Tale Distribution, Inc. and Franchise Pictures LLC for the sales agency rights to the world for the motion picture *Hairy Tale* (also known as *Funky Monkey*).

3

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am an employee in the County of Los Angeles, State of California.  I am over the age of 18 and am not a party to the within action; my business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067.

     On August 11, 2006 I served the document(s) described as:

**SUBMISSION OF 2ND AMENDED SCHEDULE 6.2 TO THE "ASSET PURCHASE AGREEMENT BETWEEN FRANCHISE PICTURES LLC AND CERTAIN AFFILIATES AND FPLAC LLC DATED AS OF APRIL 28, 2006"**

on the interested parties in this action:

SEE ATTACHED SERVICE LIST

  X     (By Mail) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail. Executed on August 11, 2006, at Los Angeles, California.

_____   (By Federal Express and Express Mail) I caused said document to be sent via Federal Express or for next business morning delivery. Executed on _____, 2006, at Los Angeles, California.

_____   (By E-mail) I caused said document to be sent via email (see attached email service list). to the office(s) of the addressee(s) so designated on the attached list. Executed on _____, 2006, at Los Angeles, California.

_____  (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  X  (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.  I declare under the laws of the United States of America that the foregoing is true and correct.

_____
Angela Antonio

In re Franchise Pictures LLC et al.
USBC Case No. SV 05-13855-MT
Request for Special Notice

Debtors
Franchise Pictures LLC et al.(2)
c/o John Brincko
12100 Wilshire Blvd., Suite 1030
Los Angeles, CA 90025

Marjorie L. Erickson, Esq.
OFFICE OF THE U.S. TRUSTEE
21051 Warner Center Lane, #115
Woodland Hills, CA 91367

Counsel for Shockhiku Co. Ltd. (44)
Klee, Tuchin, Bogdanoff & Stern LLP
Attn: David Fidler
2121 Avenue of the Stars, 33rd Floor
   Los Angeles, CA 90067

Skip Koenig, Esq.
Creim Macias & Koenig
633 W 5th St., 51st Floor
Los Angeles, CA 90071

Co-Counsel for FilmMusicansFund
Mark Sharf, Esq.
Sharf Law Firm
15821 Ventura Blvd., Ste 275
Encino, CA 91436

Attorneys for Warner Bros (15)
L. Peitzman/I. Weg/ D. Shemano
Peitzman, Weg & Kempinsky
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067

Counsel for Film Finances, Inc (45)
Gary E. Gans, Esq., Ezra J. Reinstein, Esq.
Richards, Watson & Gershon
355 S. Grand Avenue, 40th Floor
Los Angeles, CA 90071-3101

Attorneys for Sony Pictures Entertain
Sara L. Chenetz, Jennifer Nassiri (14)
Piper Rudnick LLP
1999 Avenue of the Stars, 4th Floor
Los Angeles, CA 90067-6022

Counsel for Comerica Bank (16)
Randye B. Soref and Alex Rhim
Buchalter Nemer, A Professional Corp.
1000 Wilshire Blvd., Suite 15th Floor
Los Angeles, CA 90017

Counsel for R2D2, LLC and Mobius Intn'l (17)
Martin S. Zohn, Esq. Proskauer Rose LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Chg of counsel ; see below

Counsel for Intertainment AG (46)
Gibson, Dunn & Crutcher LLP
B. Silverman / S. Newman / S. Edelm
333 South Grand Avenue, 49th Flr.
Los Angeles, CA 90071-3197

Counsel for Castle Rock Pictures (18)
Wayne M. Smith / Warner Bros.
4000 Warner Blvd.
Building 156 So. Room 5158
Burbank, CA 91522

Counsel for Film Finances, Inc. (19)
Lawrence A. Diamant, Esq.
Robinson, Diamant & Wolkowitz
1888 Century Park East, Suite 1500
Los Angeles, CA 90067

David Bergstein (47)
Mobius International
5890 West Jefferson Boulevard
Los Angeles, CA 90016

Counsel to Committee (48)
Richard Havel, Sally Neely, Esq.
Sidley Austin LLP
555 W. 5th Street, Suite 4000
Los Angeles, CA 90013

Screen Actors Guild-Acting Committee Chair (49)
c/o Vicki G. Shapiro, Esq.
Assistant General Counsel
5757 Wilshire Boulevard
Los Angeles, CA 90036

Counsel for Morgan Creek (20)
Bennett L. Spiegel/Lori Sinanyan
Kirkland & Ellis
777 S. Figueroa Street
Los Angeles, Ca 90017

Morgan Creek Productions (50)
John Graham, Esq.
Jeffer, Mangels, Butler & Marmaro
1900 Avenue of the Stars, 7th Floor
Los Angeles CA 90067

Counsel for Andrew Vanja (21)
Rutter Hobbs & Davidoff, Inc.
Brian Davidoff
1901 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

Gene Hackman
c/o Fred Specktor
Creative Artists Agency
9830 Wilshire Boulevard
Beverly Hills, CA 90212

Counsel for XL Reinsurance America (22)
G Valeriano, J Hernandez, M Krone
Anderson, McPharlin & Conners LLP
444 S. Flower Street, 31st Floor
Los Angeles, CA 90071-2901

Matt Salinger (52)
Plan B Productions
c/o New Moon Productions
1700 Broadway, 17th Floor
New York, NY 10019

The Film Musicians Secondary Marke
Christopher Cella (53)
Cella Lange & Cella
23120 Alicia Parkway, Suite 200
Mission Viejo, CA 92692

Counsel for Epsilon Motion Pictures GmbH
Greenberg Traurig, LLP (54)
P Glassman, A Starr, M Bartmettler
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

The Film Musicians Secondary Mkt Fund
Brian Cella (55)
Cella, Lange & Cella
1600 South Main Plaza, Suite 180
Walnut Creek, CA 94596

Attorneys for La Fianciere Des Entrrprises
Culturuelles
Dana M. Perlman (56)
Perlman & Associates
280 S. Bever y Drive, Suite 504
Beverly Hills, CA 90212

Counsel for MHF Zweite Academy, et al
Jonathan S. Shenson (59)
Klee, Tuchin, Bogdanoff & Stern LLP
2121 Avenue of the Stars, 33rd Floor
Los Angeles, CA 90067-5061

Counsel for Elie Samaha
Brian A. Sun, Esq. /Katherine E. Hertel, Esc.
Jones Day
555 South Flower St., 50th Floor
Los Angeles, CA 90071

ApolloMedia Filmmanagement GmbH
Professor-Messerschmitt-Str. 3
85579 Neubiberg
Germany

Counsel for Elie Samaha
Richard A. Chesley, Esq., **Jones Day**
77 West Wacker
Chicago, IL 60601-1692

Attorneys for SAG, WGA, DGA & Pension Plans,
(13)
Joseph A. Kohanski, Kathleen Erskine
Geffner & Bush
3500 West Olive Avenue, Suite 1100
Burbank, CA 91505

Financial Advisor for Debtors
Philip Fier
Focus Advisory Services
874 Fiske Street
Pacific Pal sades, CA 90272

Golden Productions
4834 Gamling Ln.
Orlando, FL 32821

**_RSN – HOME BOX OFFICE, INC._**
Stephen Sapienza, Esq. VP/Sr Counsel
Home Box Office Inc
1100 Avenue of the Americas
New York, NY 10036

Counsel for Intertainment AG
Gibson, Dunn & Crutcher LLP (57)
Samuel Newman
333 South Grand Avenue, 47th Afloor
Los Angeles, CA 90071-3197

Counsel for MHF Zweite Academy, et al
Ernst-August Schnieder Geschaftsfuhrer
Academy Film GmbLuise-Ullrich-Strasse 8
D-82031 Grunwald, **Germany**

~~Elie Samaha  (62)~~
~~Tristan Distribution Inc.~~
~~Franchise Studios LLC~~
~~8228 Sunset Blvd.~~
~~Los Angeles, CA 90046~~

RSN *(Apollo Media)*
Marina Fineman, Esq.
Stutman, Treister & Glatt PC
1901 Ave. of the Stars, 12th Floor
Los Angeles, CA 90067-3208

Counsel for Airmovies, Inc.
Jeffrey F. Gersh/Rochelle A Herzog
Zimmerman, Rosenfeld, Gersh,Leeds
9107 Wilshire Blvd., Ste 300
Beverly Hills, CA 90210-5528

Lance N. Jurich, Esq. (12)
Loeb & Loeb
10100 Santa Monica Blvd.,
Suite 2200
Los Angeles, CA 90067-4164

Susan H. Tregub, Esq.
10100 Santa Monica Blvd.
Suite 1250
Los Angeles, CA 90067

Poser Investments, Inc.
Attn: Richard Hudson Share, Esq.
150 N. Santa Anita Avenue, Suite 530
Arcadia, CA 91006

**_RSN – Attys for New City Releasing_**
Eric P. Israel, Esq.
Danning, Gill, Diamond & Kollitz
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067

Phoenix Pictures, Inc.(58)
c/o Christopher Trunkey
10202 W. Washington Blvd., Ste. 106
Culver City, CA 90232

Gary Klausner (60)
Stutman, Treister & Glatt
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

Martin S. Zohn, Esq.
Proskauer Rose LLP (63)
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206

Counsel for Wolf Films, etc
Michael D. Holz, Esq.
Lavely & Singer
2049 Century Park East, Suite 2400
Los Angeles, CA 90067-2906

Counsel for Filmline Int'l
Corrine Rebhun
Kaye Scholer LLP
1999 Avenue of the Stars, #1700
Los Angeles, CA 90067

Counsel for Terence L. Young
Carlos R. Perez, Esq.
Reich, Adell, Crost & Cvitan
3550 Wilshire Blvd., Suite 2000
Los Angeles, CA 90010

Counsel for CB Productions, et al
Michael A. Brewer, Esq.
Hornberger & Brewer
444 South Flower Street, Suite 3010
Los Angeles, CA 90071-1255

Proposed Motion Picture Accounting
And Auditing Consultant
Sills & Adelmann
Attn: Steven D. Sills
1801 Century Park East, Suite 1450
Los Angeles, CA 90067

RSN
David Gould, Esq.
McDermott, Will & Emery
2049 Century Pk East, 34th Flr
Los Angeles, CA 90067-3208

FRANCHISE PICTURES
SALE MOTION –
OBJECTING PARTIES

Counsel for CB Productions
Michael A. Brewer, Esq.
Hornberger & Brewer
444 S. Flower St., Ste. 3010
Los Angeles, CA 90071-2901

Counsel for Morgan Creek
Bennett L Spiegel
Kirkland & Ellis
777 S. Figueroa St.
Los Angeles, CA 90017

Counsel for ApolloProMedia
Gary E. Klausner
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Counsel for FIDEC
Dana M Perlman
Perlman & Associates
280 S. Beverly Dr., Ste. 504
Beverly Hills, CA 90212-3908

Counsel for New City Releasing
Eric P Israel
Danning, Gill, et al.
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067

Counsel for Splendid Film Klein
Harvey S Schochet
Steefel, Leevitt & Weiss
550 S. Hope St., Ste 2350
Los Angeles, CA 90071

Co-Counsel for Proteus Films
James M Sullivan
McDermott Will & Emery
340 Madison Ave
New York, NY 10017-4613

Counsel for Comerica Bank
Randye Soref / Alexandra Rhim
BUCHALTER NEMER
1000 Wilshire Blvd., Ste 1500
Los Angeles, CA 90017-2457

Counsel for Elie Samaha
Brian Sun
JONES DAY
555 S. Flower St., 50th Floor
Los Angeles, CA 90071

Co-Counsel for Film Musicians Fund
Christopher L Cella
Cella Lange & Cella
23120 Alicia Parkway, Ste. 200
Mission Viejo, CA 92677

Counsel for Kushner-Locke
Margaret M Sundelin
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Counsel for Programs 4 Media
Martin J Barab
Law Ofcs of Martin J Barab & Assoc
9606 Santa Monica Blvd., 3rd Floor
Beverly Hills, CA 90210

Counsel for Sony Pictures Home Ent.
Sara L Chenetz
DLA Piper Rudnick et al
1999 Avenue of the Stars, 4th Floor
Los Angeles, CA 90067-6022

Counsel for Intertainment AG
Scott Edelman, Esq.
Gibson, Dunn & Crutcher
4 Park Plaza
Irvine, CA 92614-8557

Counsel for Warner Bros.
Lawrence Peitzman
Peitzman, Weg & Kempinsky
10100 Santa Monica Blvd
#1450
Los Angeles, CA 90067

Co-Counsel for Film Musicians Fund
Mark M Sharf
Sharf Law Firm
15821 Ventura Blvd., Ste 275
Encino, CA 91436

Counsel for MHF Zweite
Jonathan S. Shenson
Klee, Tuchin, et al.
2121 Avenue of the Stars, #3300
Los Angeles, CA 90067

Ultra Distributors Pvt Ltd
2-C Thakkar Ind. Estate
N.M. Joshi Marg., Lower Parel (E)
Mumbai 400-011
INDIA

Co-Counsel for Proteus Films
David Gould
McDermott Will & Emery
2049 Century Park East, #3400
Los Angeles, CA 90067

# POTENTIAL BUYER LIST

Abry Partners
Doug Stone
111 Huntington Ave
Boston, MA 02199

Amity Entertainment
Richard Seet
750 Old Hickory Blvd., Bldg 1, #220
Brentwood, TN 37027

Apax Partners
Stephen Grabiner
445 Park Ave
New York, NY 10022

Artist View Entertainment
Scott J. Jones
4425 Irvine Ave
Studio City, CA 91602

Bain Capital
Mike Goss
111 Huntington Ave
Boston, MA 02199

Bauer Martinez
Philppe Martinez
10250 Constellation Blvd., 3rd Fl.
Los Angeles, CA 90067

Beacon Pictures
Armyan Bernstein
120 Broadway, #200
Santa Monica, CA 90401

Canyon Capital
Joshua Friedman
9665 Wilshire Blvd., #200
Beverly Hills, CA 90212

Cerberus Capital Management
Mark A. Neporent
299 Park Avenue
New York, NY 10071

Cinema Management Group
Edward J. Noeltner
9056 Santa Monica Blvd., #204
West Hollywood, CA 90069

Content Film, Inc.
Rick Kwak
1337 3rd Street Promenade, Ste. 302
Santa Monica, CA 90401

DDJ Productions
Jeff Sagansky
500 S. Buena Vista St., Stage 7
Burbank, CA 91521

DND Capital Partners
Phillippe Dauman
450 Park Ave, #2100
New York, NY 10022

Echo Bridge Entertainment
Michael Rosenblatt; Tom Hammond
75 Second Ave, #500
Needham, MA 02494

Element Films
John Fremes
7966 Beverly Blvd., 3rd Fl.
LA, CA 90048

Emmett Furla
Randall Emmett, George Furla
8530 Wilshire Blvd., #420,
Beverly Hills, CA 90211

Endgame Entertainment
Doug Hanson
1041 N. Formosa Ave, Admin. Bldg,
Ste. 195,
Los Angeles, CA 90046

Eros Entertainment
Kishore Lulla
550 County Ave,
Secaucus, NJ 07094

Film Mates Entertainment
Jeanette Buerling
11965 Venice Blvd., #305
Los Angeles, CA 90066

Filmax
Carlos Fernandez
81-87 Distrito Economico de L'Hospitalet
Barcelona 08908, Spain

First Look Media
William Lischak
8000 Sunset Blvd., E. Penthouse
Los Angeles, CA 90046

Focus Features
Jason Resnick
100 Universal City Plaza
Universal City, CA 91608

Fortissimo Films
Michael J. Werner
4/F, 1 Hoi Ping Rd., Causeway Bay
Hong Kong, S.A.R.

Fortress Investment Group
Issac Palmer
10880 Wilshire Blvd., #1101
Los Angeles, CA 90024

Fries Film Group
Charles M. Fries
22817 Ventura Blvd., #909
Woodland Hills, CA 91364

GE Commercial Finance
Eitan Milstein
100 California St., 10th Fl.
San Francisco, CA 94111

Genesis Capital Advisors
Ron Andrikian
15760 Ventura Blvd., #1550
Van Nuys, CA 91436

GoldCrest Films International
John Quested
65-66 Dean St.
W1D 4PL, London, UK

Golden Touch Ventures
Stan Golden
12721 Chalon Rd.
Los Angeles, CA 90049

Granada
Milada Rybarova
Rankestr. 3 – 10789
Berlin, Germany

## POTENTIAL BUYER LIST

GreeneStreet Films
John Penotti, Cedric Jeanson
9 Desbrosses St., 2nd Fl.
New York  NY 10013

Icon Entertainment
Bruce Davey
915 High Road North Finchley
London, N 12 8QJ

Intel/Clickstar
Roger Vakharia
1551 N. Tustin Ave, #800
Santa Ana, CA 92705

Lionsgate Entertainment
Eda Kowan, Christopher Yan
2700 Colorado Ave, #2000
Santa Monica, CA 90404

Media 8 Entertainment
Sammy Lee
1875 Century Park East, #2000
Los Angeles, CA 90067

MovieHouse Entertainment
Mark Vennis
9 Grafton Mews
London, W1T 5HZ

Odd Lot Entertainment
Laura Ivey
368 N. La Cienega Blvd.
Los Angeles, CA 90048

Cargill Financial Services
Charlie Glreath & Ron Andrikian
Genesis
15760 Ventura Blvd., Ste. 1550
Los Angeles, CA 91436

Perseus Group
Clark Collander; John F. Lambros
60 S. Sixth St.
Minneappolis, MN 55402

Quadrangle Group
Steven Rattner
325 Park Avenue
New York, NY 10152

Grovesnor Park
Yadin Shemmer
53-54 Grovsvenor St.
London, UK, W1K 3HU

IDT
Rick Mischel
12020 Chandler Blvd., #300
N. Hollywood, CA 91607

Intermedia Film Equities
Moritz Borman
9350 Civic Center Dr., #100
Beverly Hills, CA 90210

Magnolia (Cuban)
Eamonn Bowles
115 W. 27th St., 8th Fl.
New York, NY 10001

Media & Entertainment Advisors
Chris Borde
19-20 Romilly St.
London, UK, W1D 5AE

Netflix
Bahman Naraghi
970 University Avenue
Los Gatos, CA 95302

Park Entertainment Limited
Simon Barnes
50-51 Conduit St., 4th Fl.
London, W1S 2YT, UK

Mandate Films
Contact: Jennifer Hollingsworth
8750 Wilshire Blvd., Ste. 300 East
Beverly Hills, CA  90211

PFG Entertainment
Ted Rosenblatt
429 Santa Monica Blvd., #600
Santa Monica, CA  90401

Qualia Capital
Amir Malin; Ken Shapiro
11845 W. Olympic Blvd., #1270
Los Angeles, CA 90064

Hachette Filipacchi Fims
Fabrice A. Plaquevent
149 rue Anatole Levallois Perret
Cedex 92538 France

Inferno Distribution, Inc.
Bill Johnson
9595 Wilshire Blvd., #900
Beverly Hills, CA 90212

Lakeshore International
Peter Rogers
9268 W. 3rd St.
Beverly Hills, CA 90210

Mandate
Joe Drake
8666 Wilshire Blvd.
Beverly Hills, CA 90211

Modem Entertainment
Ken DuBow
16255 Ventura Blvd., #1100
Encino, CA 91436

New Line Cinema
Robert Shaye, Michael Lynne
116 N. Robertson Blvd.
Los Angeles, CA 90048

Participant Productions
Jeff Skoll
335 N. Maple Dr., #245
Beverly Hills, CA 90210

Pathe Entertainment
Ian George, Bernice Fugard
14-17 Market Pl,
London, W1W 8AR, UK

Providence Equity Partners
Jonathon M. Nelson
50 Kennedy Plaza, 18th Fl.
Providence, RI 02903

Quinta Communications
Paul Mitchell Rosenblum
3000 Olympic Blvd.
Santa Monica, CA 90404

# POTENTIAL BUYER LIST

Regency Enterprises
David Matalon;    Craig Ginsberg
10201 W. Pico Blvd., Bldg. 12
Los Angeles, CA 90035

Saban
Colin McCafferty
10100 Santa Monica Blvd.
Los Angeles, CA 90025

Senator Gmbh
Christopher Borgman
Rankestr. 3 - 10789
Berlin, Germany

Stratus Film Company
Bob Yari
10850 Wilshire Blvd., 6th Fl.
Los Angeles, CA 90024

Texas Pacific Group
David Bonderman
345 California St., #3300
San Francisco, CA 94104

Village Roadshow
Reid Sullivan
3400 Riverside Dr., #900
Burbank, CA 91505

Zelnick Media
Strauss Zelnick & Steven Rales
9595 Wilshire Blvd., #200
Beverly Hills, CA 90212

Regent Entertainment
Judy Scott
10990 Wilshire Blvd., 18th Fl.
Los Angeles, CA 90024

Samuel Goldwyn Films
Peter Goldwyn
9570 W. Pico Blvd., #400
Los Angeles, CA 90035

Sidney Kimmel Entertainment
Jim Tauber
9460 Wilshire Blvd.
Beverly Hills, CA 90212

Summit Entertainment
Patrick Wachsberger
1630 Stewart St., #120
Santa Monica, CA 90404

The Weinstein Company
Michael Schaefer
735 Greenwich St.
New York, NY 10013

Waterview Partners
Frank J. Biondi Jr.
152 W. 57th St., 46th Fl.
New York, NY 10019

Cerberus Capital Management
Bart Nichols
136 Herber Ave., #206
Park City, UT 84060

RTL
Sophie Domken
1 Ave Ariane
Brussels 1201, Belgium

Screen Media
Joseph E. Kovacs
757 third Ave
New York, NY 10017

Spyglass
Gary Barber, Roger Birnbaum
10900 Wilshire Blvd., 10th Fl.
Los Angeles, CA 90024

Telepool GmbH
Markus Aldenhoven
Sonnenstrasse 21
Munich 80331, Germany

UBS
Jeff Sine
1 Curzon St.
London, W1J 5UB, UK

Wild Bunch
Rosa Attab
99 rue de la Verrerie
75004 Paris
FRANCE