

FILED

SEP 20 2006

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                  Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

--oOo--

In Re:                              )   Case No. SV05-13855-MT
                                    )
FRANCHISE PICTURES LLC and          )   Woodland Hills, California
CB PRODUCTIONS, INC.,               )   Tuesday, September 5, 2006
                                    )   9:00 a.m.
        Debtors.                    )
                                    )
_____    )
                                    )   Case No. SV05-50077-MT
In Re:                              )
                                    )
SPE HOLDING CORP.,                  )
                                    )
        Debtor.                     )
                                    )

CONT'D OPPOSITIONS TO DEBTOR'S
MOTION TO APPROVE SALE OF
ASSETS FREE AND CLEAR OF LIENS
AND INTERESTS

CONT'D OPPOSITION TO DEBTOR'S
MOTION TO APPROVE SALE OF
ASSETS FREE AND CLEAR OF LIENS
AND INTERESTS

CONT'D MOTION FOR (1) SALE OF
ASSETS FREE AND CLEAR OF LIENS
AND INTERESTS; (2) ASSUMPTION
AND ASSIGNMENT OF DESIGNATED
EXECUTORY CONTRACTS; AND (3)
REJECTION OF DESIGNATED
EXECUTORY CONTRACTS

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

Echo Reporting, Inc.



ii

1                        CONT'D MOTION FOR (1) SALE OF
                        ASSETS FREE AND CLEAR OF LIENS
2                        AND INTERESTS; (2) ASSUMPTION
                        AND ASSIGNMENT OF DESIGNATED
3                        EXECUTORY CONTRACTS; AND (3)
                        REJECTION OF DESIGNATED
4                        EXECUTORY CONTRACTS

5                        MOTION PURSUANT TO BANKRUPTCY
                        RULE 9019 FOR ORDER APPROVING
6                        SETTLEMENT AGREEMENT WITH
                        COMERICA BANK

7                        MOTION PURSUANT TO BANKRUPTCY
                        RULE 9019 FOR ORDER APPROVING
8                        SETTLEMENT AGREEMENT WITH
                        COMERICA BANK
9

10                   MOTION TO COMPEL DEPOSITION OF
                     PERSON MOST KNOWLEDGEABLE AND
11                   PRODUCTION OF DOCUMENTS IN
                   RESPONSE TO SUBPOENA DUCES
12                   TECUM FILED BY INTERTAINMENT
                   AG AND INTERTAINMENT LICENSING
13                   GMBH

14            TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE MAUREEN TIGHE
15        UNITED STATES BANKRUPTCY JUDGE

16 APPEARANCES:

17 For the Franchise Debtors:    DAVID L. NEALE, ESQ.
                        JULIET Y. OH, ESQ.
18                   Levene, Neale, Bender, Rankin
                          & Brill, LLP
19                   10250 Constellation Boulevard
                        Suite 1700
20                   Los Angeles, California
                         90067
21                   (310) 229-1234

22

23

24

25

iii

```
 1 | APPEARANCES:   (Cont'd.)

 2 | For the SPE Debtors:              STUART I. KOENIG, ESQ.
   |                                  Creim, Macias, Koenig & Frey,
 3 |                                     LLP
   |                                  633 West Fifth Street
 4 |                                  Fifty-First Floor
   |                                  Los Angeles, California 90071
 5 |                                  (213) 614-1944

 6 |
   | For FPLAC, David Bergstein,      SUSAN H. TREGUB, ESQ.
 7 |   Mobius International,          8928 Santa Monica Boulevard
   |   R2D2, and E Group              West Hollywood, California
 8 |                                     90069
   |                                  (818) 679-9278
 9 |

10 | For Comerica Bank:               RANDYE B. SOREF, ESQ.
   |                                  RONALD K. SITTLER, ESQ.
11 |                                  Buchalter Nemer
   |                                  1000 Wilshire Boulevard
12 |                                  Suite 1500
   |                                  Los Angeles, California
13 |                                     90017
   |                                  (213) 891-0700
14 |

15 | For the Creditors'               RICHARD W. HAVEL, ESQ.
   |   Committee:                     SALLY S. NEELY, ESQ.
16 |                                  RICHARD PARK, ESQ.
   |                                  Sidley, Austin, Brown & Wood,
17 |                                     LLP
   |                                  555 West Fifth Street
18 |                                  Los Angeles, California 90013
   |                                  (213) 896-6024
19 |

20 | For Intertainment AG and         SCOTT EDELMAN, ESQ.
   |   Intertainment                  SAMUEL A. NEWMAN, ESQ.
21 |   Licensing:                     ERIC J. FROMME, ESQ.
   |                                  Gibson, Dunn & Crutcher, LLP
22 |                                  333 South Grand Avenue
   |                                  Los Angeles, California 90071
23 |                                  (213) 229-7644

24 |

25 |
```

iv

```
 1  APPEARANCES:  (Cont'd.)

 2  For Gaga Communications:          LANCE N. JURICH, ESQ.
                                      CURTIS W. BAJAK, ESQ.
 3                                    Loeb & Loeb
                                      10100 Santa Monica Boulevard
 4                                    Suite 2200
                                      Los Angeles, California
 5                                     90067
                                      (310) 282-2211
 6

 7  For Apollo Media:                 GARY E. KLAUSNER, ESQ.
                                      Stutman, Treister & Glatt
 8                                    1901 Avenue of the Stars
                                      Twelfth Floor
 9                                    Los Angeles, California
                                       90067
10                                    (310) 228-5600

11
    For the Film Musicians            MARK M. SHARF, ESQ.
12    Secondary Markets               15821 Ventura Boulevard
      Fund:                           Suite 275
13                                    Encino, California 91436
                                      (818) 788-4800
14

15  For Morgan Creek                  BENNETT L. SPIEGEL, ESQ.
      Productions, Inc.:              LORI SINANYAN, ESQ.
16                                    Kirkland & Ellis, LLP
                                      777 South Figueroa Street
17                                    Los Angeles, California 90017
                                      (213) 680-8400
18

19  For Warner Brothers:              LAWRENCE PEITZMAN, ESQ.
                                      Peitzman, Weg & Kempinsky, LLP
20                                    10100 Santa Monica Boulevard
                                      Suite 1450
21                                    Los Angeles, California
                                       90067
22                                    (310) 552-3100

23

24

25
```

v

1  APPEARANCES: (Cont'd.)

2  For Elie Samaha:                 KATHERINE E. HERTEL, ESQ.
                                    KARL A. SCHMITZ, ESQ.
3                                   Jones Day
                                    555 South Flower Street
4                                   Fiftieth Floor
                                    Los Angeles, California 90071
5                                   (213) 489-3939

6
   For the Guilds:                  JOSEPH A. KOHANSKI, ESQ.
7                                   KATHLEEN M. ERSKINE, ESQ.
                                    Geffner & Bush
8                                   3500 West Olive Avenue
                                    Suite 1100
9                                   Burbank, California 91505
                                    (818) 973-3200
10

11 Court Recorder:                  Philip Harraway
                                    United States Bankruptcy Court
12                                  21041 Burbank Boulevard
                                    Woodland Hills, California
13                                    91367

14
   Transcriber:                     Lorraine S. Caldwell
15                                  Echo Reporting, Inc.
                                    6336 Greenwich Drive
16                                  Suite B
                                    San Diego, California 92122
17                                  (858) 453-7590

18

19

20

21

22

23

24

25