FILED

OCT - 4

```
 1
 2  DAVID L. NEALE (SBN 141225)
    JULIET Y. OH (SBN 211414)
 3  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
    10250 Constellation Blvd., Suite 1700
 4  Los Angeles, California 90067
    Telephone: (310) 229-1234
 5  Facsimile: (310) 229-1244
    Attorneys for Franchise Pictures LLC, et al.
 6
    STUART I. KOENIG (SBN 102764)
 7  CREIM, MACIAS, KOENIG & FREY LLP
    633 West Fifth Street, 51st Floor
 8  Los Angeles, California 90071
    Telephone:  (213) 614-1944
 9  Facsimile:  (213) 615-1961
    Attorneys for SPE Holding Corp., et al.
10
11                  UNITED STATES BANKRUPTCY COURT
12                   CENTRAL DISTRICT OF CALIFORNIA
13                     SAN FERNANDO VALLEY DIVISION
```

| | |
|---|---|
| In re | Case No. SV 05-13855-MT |
| | Chapter 11 |
| FRANCHISE PICTURES LLC, et al. | (Jointly Administered) |
| Debtors. | |
| ☒ Affects All Debtors ☐ Affects Only | |
| In re | Case No. SV 05-50077-MT |
| | Chapter 11 |
| SPE HOLDING CORP., et al., | (Jointly Administered) |
| Debtors. | |
| ☒ Affects All Debtors ☐ Affects Only | NOTICE RE: CLOSING OF SALE PURSUANT TO THE *"ASSET PURCHASE AGREEMENT BETWEEN FRANCHISE PICTURES LLC AND CERTAIN AFFILIATES AND SPE HOLDING CORP. AND CERTAIN AFFILIATES AND FPLAC LLC AND MORGAN CREEK PRODUCTIONS, INC. DATED AS OF SEPTEMBER 1, 2006"* AND REQUEST THAT HEARING ON OCTOBER 6, 2006 BE TAKEN OFF CALENDAR |
| | [No Hearing Required] |

Franchise Pictures LLC, Franchise Pictures, Inc., Franchise Films LLC, Franchise Entertainment LLC, 3000 Miles Productions, Inc., Alex and Emma Productions, Inc., Auggie Rose Productions, Inc., Battlefield Productions, LLC, Carter Productions, LLC, Champs Productions Inc., Conprod, Inc., Heightened Productions Inc., Nine Yards Productions, LLC, Phoenician Entertainment LLC, Pledge Productions, Inc., Rangers Productions, Inc., Seraph Productions, Inc., Split Card Films, Inc., Suite Productions LLC, Valentine Productions, Inc., VLN Productions, Inc., TGD Productions, Inc., Phoenician Entertainment, Inc., Nordhoff Rentals, Inc., Franchise Classics Pictures, Inc., Franchise Creative Corp. and Franchise Television LLC, as debtors and debtors in possession jointly administered under Case No. SV 05-13855-MT (collectively, the "Franchise Debtors"), and Animal Productions, LLC, Captured Productions, Inc., Cinema Holdings, Inc., Desperate, Inc., Disorder Productions, Inc., Lost Angels Distributions, Inc., Merciless Movies, Inc., Nine Yards Two Productions, Inc., Rabbitprod, Inc., Restrained Films, Inc., Ripped Films, Inc., Rumbling Productions, Inc., Saint Mortimer Films, Inc., Seabreeze Productions, Inc., Sever Productions, Inc., Silent Productions, Inc., Snake Eyes Productions, Inc., South Boondock Productions, Inc., Spartan Distribution, Inc., SPE Holding Corp., Stormy Productions, Inc., Twin Pictures Acquisition Corp., Unbelievable Productions, Inc., VS Productions, Inc., Zig Zag Productions, Inc. and Franchise Studios LLC, as debtors and debtors in possession jointly administered under Chapter 11 Case No. SV 05-50077-MT (collectively, the "SPE Debtors," and, together with the Franchise Debtors, the "Sellers") hereby file this Notice advising of the closing (the "Closing") of the transactions contemplated by that certain "Asset Purchase Agreement Between Franchise Pictures LLC And Certain Affiliates And SPE Holding Corp. And Certain Affiliates And FPLAC LLC And Morgan Creek Productions, Inc. Dated As Of September 1, 2006" (the "Joint APA").

The Sellers hereby give notice that all conditions to Closing have been satisfied and that the Closing under the terms and conditions of the Joint APA took place on October 3, 2006 at

2

the offices of Levene, Neale, Bender, Rankin & Brill L.L.P. located at 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

In light of the Closing and pursuant to the Court's statements at the sale hearing held on September 5, 2006, the hearing tentatively scheduled on October 6, 2006 at 10:00 a.m. to consider a backup bid is moot and should be taken off calendar.

Dated: October 4, 2006

FRANCHISE PICTURES LLC, *et al.*

By: /s/ Juliet Oh
DAVID L. NEALE
RON BENDER
JULIET Y. OH
LEVENE, NEALE, BENDER, RANKIN
& BRILL L.L.P.
Attorneys for Chapter 11 Debtors and
Debtors in Possession

Dated: October 4, 2006

SPE Holding Corp., *et al.*

By: *See attached*
STUART I. KOENIG
CREIM, MACIAS, KOENIG &
FREY LLP
Attorneys for Chapter 11 Debtors and
Debtors in Possession

the offices of Levene, Neale, Bender, Rankin & Brill L.L.P. located at 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

In light of the Closing and pursuant to the Court's statements at the sale hearing held on September 5, 2006, the hearing tentatively scheduled on October 6, 2006 at 10:00 a.m. to consider a backup bid is moot and should be taken off calendar.

Dated: October 4, 2006                             FRANCHISE PICTURES LLC, et al.


                                                   By:_____
                                                   DAVID L. NEALE
                                                   RON BENDER
                                                   JULIET Y. OH
                                                   LEVENE, NEALE, BENDER, RANKIN
                                                     & BRILL L.L.P.
                                                   Attorneys for Chapter 11 Debtors and
                                                   Debtors in Possession

Dated: October 4, 2006                             SPE Holding Corp., et al.


                                                   By:_____
                                                   STUART I. KOENIG
                                                   CREIM, MACIAS, KOENIG &
                                                     FREY LLP
                                                   Attorneys for Chapter 11 Debtors and
                                                   Debtors in Possession

3

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: Levene, Neale, Bender, Rankin & Brill, 10250 Constellation Blvd., Ste. 1700, Los Angeles, California 90067-5805.

On October 4, 2006 I served the foregoing document(s) described as:

NOTICE RE: CLOSING OF SALE PURSUANT TO THE *"ASSET PURCHASE AGREEMENT BETWEEN FRANCHISE PICTURES LLC AND CERTAIN AFFILIATES AND SPE HOLDING CORP. AND CERTAIN AFFILIATES AND FPLAC LLC AND MORGAN CREEK PRODUCTIONS, INC. DATED AS OF SEPTEMBER 1, 2006"* AND REQUEST THAT HEARING ON OCTOBER 6, 2006 BE TAKEN OFF CALENDAR

on the interested parties in this action:

See attached

__X__    by e-mail on the parties listed on the attached sheet; by fax to the Office of the U.S. Trustee

Executed on October 4, 2006 at Los Angeles, California.

__X__    (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under the laws of the United States of America that the foregoing is true and correct.

_/s/ Marguerite Hardin_
Marguerite Hardin

E-mail Addresses:
lpeitzman@pwkllp.com; dshemano@pwkllp.com; ultra@vsnl.com;
basun@jonesday.com; kehertel@jonesday.com; kaschmitz@jonesday.com;
jshenson@ktbslaw.com; sedelman@gibsondunn.com; ogarza@gibsondunn.com;
snewman@gibsondunn.com; madler@gibsondunn.com; efromme@gibsondunn.com;
dperlman@perlmanlaw.com; sara.chenetz@dlapiper.com; eisrael@dgdk.com;
bspiegel@kirkland.com; lsinanyan@kirkland.com; clcatlaw@aol.com;
clcella@cellalaw.org; mark@sharflaw.com; mbrewer@hgblaw.com;
jlindsay@hgblaw.com; gklausner@stutman.com; msundelin@stutman.com;
dgould@mwe.com; jmsullivan@mwe.com; rsoref@buchalter.com;
arhim@buchalter.com; mrsal310@aol.com; ctrunkey@phoenixpictures.com;
fspecktor@caa.com; snewman@gibsondunn.com; david@grayboxllc.com;
jkohanski@geffner-bush.com; kerskine@geffner-bush.com; ljurich@loeb.com;
dfidler@ktbslaw.com; geg@msk.com; ldiamant@rdwlawcorp.com;
bdavidoff@rutterhobbs.com; fspecktor@caa.com; GJV@amclaw.com;
JSH@amclaw.com; sharelaw@aol.com; glassmanp@gtlaw.com;
mholtz@lavelysinger.com; crebhun@kayescholer.com; carlosp@racclaw.com;
hschochet@steefel.com; StarrA@GTLAW.com; jpb@brincko.com; rhavel@sidley.com;
rpark@sidley.com; sneely@sidley.com; skoenig@cmkllp.com; stregub@stpclaw.com