1  Susan H. Tregub, Esq. (SBN 165362)
   10100 Santa Monica Blvd., Suite 1250
2  Los Angeles, CA 90067
   Telephone:   (818) 286-7200
3  Facsimile:   (818) 474-8522

4  Attorneys for FPLAC, LLC

5

6

7              **UNITED STATES BANKRUPTCY COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9              **SAN FERNANDO VALLEY DIVISION**

10

11
   **In re**                          )   Case No.  SV 05-13855 MT
12                                     )
                                       )   CHAPTER 11
13                                     )
   **FRANCHISE PICTURES, LLC, et al.,** )  **DECLARATION OF HANS W.**
14                                     )   **TURNER IN SUPPORT OF MOTION**
              **Debtor.**             )   **BY FPLAC, LLC FOR AN ORDER**
15                                     )   **CLARIFYING THE SALE ORDER**
   ☑ **Affects All Debtors**          )   **AND      ASSET      PURCHASE**
16                                     )   **AGREEMENT RELATING TO THE**
   **In re**                          )   **PURCHASE OF DEBTORS' ASSETS**
17                                     )   **AND AMENDING SCHEDULE 3.2(a)**
                                       )   **THEREOF**
18                                     )
   **SPE HOLDING CORP., et al.**       )
19                                     )
              **Debtors.**            )
20                                     )   **Date:   February 4, 2007**
   ☑ **Affects All Debtors**          )   **Time:   10:00am**
21                                     )   **Place:  Courtroom 302**
                                       )            **21041 Burbank Blvd.**
22                                     )            **Woodland Hills, CA 91367**
                                       )
23                                     )
                                       )
24                                     )

25

26

27

28

FILED

JAN 1 1 2008

## DECLARATION OF HANS W. TURNER

I, HANS TURNER, HEREBY DECLARE AS FOLLOWS:

1.      I am the President and Chief Financial Officer of each of Animal Productions, LLC, Captured Productions, Inc., Cinema Holdings, Inc., Desperate, Inc., Disorder Productions, Inc., Lost Angels Distribution, Inc., Merciless Movies, Inc., Nine Yards Two Productions, Inc., Rabbitprod, Inc., Restrained Films, Inc., Ripped Films, Inc., Rumbling Productions, Inc., Saint Mortimer Films, Inc., Seabreeze Productions, Inc., Sever Productions, Inc., Silent Productions, Inc., Snake Eyes Productions, Inc., South Boondock Productions, Inc., Spartan Distribution, Inc., SPE Holding Corp., Stormy Productions, Inc., Twin Pictures Acquisition Corp., Unbelievable Productions, Inc., VS Productions, Inc., Zig Zag Productions, Inc. and Franchise Studios LLC (the "SPE Debtors"). I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      I am providing this Declaration in support of FPLAC, LLC's Motion by FPLAC, LLC for an Order Clarifying the Sale Order and Asset Purchase Agreement Relating to the Purchase of Debtors' Assets And Amending Schedule 3.2(a).

3.      I was significantly involved in the process that culminated in the sale by the SPE Debtors and the debtors of the estate of Franchise Pictures LLC (the "Franchise Debtors" and, collectively with the SPE Debtors, the "Sellers") of substantially all of Sellers' assets to FPLAC, LLC ("Purchaser") and Morgan Creek Productions, Inc. ("Morgan Creek") in accordance with Sections 363 and 365 and other applicable provisions of the Bankruptcy Code.

4.      In December 2005 Sellers and Purchaser entered into a Letter of Intent pursuant to which it was intended that Purchaser would acquire substantially all of Sellers' assets (the "Sale"). Thereafter, Sellers and Purchaser and certain third parties engaged in substantial negotiation of terms and conditions of the Sale, resulting in an Asset Purchase Agreement being

1    signed by the parties on or about April 28. 2006 (the "APA").

2        5.    The APA was filed on May 11. 2006 as Exhibit A to the "Declaration of John

3    Brincko in Support of the Sellers' Notice of Motion and Motion for an Order (1) Approving

4    Bidding Procedures and (2) Setting a Date and Time for Sale Hearing." At that time, the

5    schedules associated with and referred to in the APA (the "APA Schedules") were not attached

6    to the APA and were not at that point filed with the Court.

7

8        6.    I was the person primarily responsible for preparing most of the APA Schedules.

9    On May 25. 2006 I transmitted to counsel for the Franchise Debtors an initial draft of Schedule

10   3.1 of the APA Schedules that I prepared pursuant to my understanding of what assets the

11   parties had agreed would be sold under the terms of the APA. The initial draft of Schedule 3.1

12   included certain Franchise Pictures "Development Projects." This email transmission and the

13   attached draft Schedule 3.1 is attached hereto as Exhibit A.

14

15       7.    Thereafter. on June 8. 2006. I circulated to counsel for Sellers and Purchaser a

16   revised Schedule 3.1 that I prepared pursuant to my understanding of what assets the parties had

17   agreed would be sold under the terms of the APA. My email indicated that I considered this to

18   be the "final" version of Schedule 3.1. This revised Schedule 3.1 included additional titles that

19   were Franchise Pictures "Development Projects." This email transmission and the attached

20   Schedule 3.1 is attached hereto as Exhibit B.

21

22       8.    On June 9. 2006 the Franchise Debtors filed the "Declaration of John P. Brincko

23   in Support of Debtors' Motion to Approve: (1) sale of assets free and clear of liens and interests:

24   (2) assumption and assignment of Designated Executory Contracts: and (3) Rejection of

25   Designated Executory Contracts" and the exhibits thereto." The APA Schedules. including the

26   schedules I prepared. were included in the Brincko Declaration filing.

27       9.    Thereafter. the parties continued to refine the APA Schedules and on August 9.

28

2006. I transmitted to counsel for Sellers and Purchaser further revised APA Schedules that I prepared. Sellers and Purchaser intended to file "Amended" APA Schedules with the Court (the "Amended Schedules").   Included among those Amended Schedules was an "Amended Schedule 3.1." This Amended Schedule 3.1 that I prepared included certain Franchise Pictures "Development Projects."  This email transmission and the attached Schedule 3.1 is attached hereto as Exhibit C.

10.    On August 9, 2006, subsequent to my August 9, 2006 email, I was circulated on an email from counsel for the Franchise Debtors attaching final versions of the Amended Schedules. With regard to the Amended Schedule 3.1 that I prepared, counsel for the Franchise Debtors indicated that "no substantive changes made."   This email transmission and the Amended Schedule 3.1 is attached hereto as Exhibit D.

11.    Thereafter, on August 10, 2006 the Sellers filed a "Submission of Amended Schedules 3.1, 3.3(b), 3.6, 6.1 and 6.2 to the Asset Purchase Agreement Between Franchise Pictures LLC and Certain Affiliates and FPLAC LLC Dated as of April 28, 2006." Included in the attached Exhibit C is the Amended Schedule 3.1 that I prepared that includes the Development Projects.

12.    In late August 2006 Sellers, Purchaser and Morgan Creek were negotiating a potential joint acquisition of Sellers' assets. It is my recollection that there was never any further negotiation or discussion relating to Purchaser's acquisition of the Development Projects as part of its "Purchased Assets" in the transaction.

13.    On August 25, 2006 a draft of a joint asset purchase agreement (the "Joint APA") was circulated by counsel for Morgan Creek. Thereafter, on September 1, 2006 at 1:09am I was circulated on an email that attached draft schedules to the Joint APA prepared by counsel for Morgan Creek.  The draft circulated did not include a redline against the Amended APA

Schedules that Sellers had filed with the Court. Additionally, Schedule 3.1 was not included and there were instead Schedules 3.2(a) and 3.2(b). I was further circulated on an email from counsel for Morgan Creek sent at 5:30pm on September 1, 2006 that included drafts of the schedules for the Joint APA. Again, the draft circulated did not include a redline against the Amended APA Schedules that Sellers had filed with the Court.

14.    Under the intense pressure of trying to finalize the Joint APA in order to file it by September 1, 2006, I reviewed the schedules prepared by counsel for Morgan Creek but I failed to search for anything that might have been omitted and instead focused on the accuracy of what appeared in the documents before me. In addition to working on finalizing the Joint APA, I was also significantly involved in Sellers' and Purchaser's negotiations with the parties who had filed objections to the Sale. The hearing on the motion for the Sale was scheduled for September 5, 2006 and the parties were doing everything possible to address and resolve all objections. The volume of work, communications, and documentation during that period was extensive.

15.    In late 2007 I was reviewing the chain of title for one of the Development Projects. When I went to review the **Sale Order** signed and entered by the Court, I noticed that Schedule 3.2(a) attached to the Joint **APA** omitted the Development Projects. I asked counsel for Purchaser to review the documentation with me and after extensive review of the filings, communications and correspondence, it became clear to me that there must have been an inadvertent mistake because the Development Projects had been omitted from Schedule 3.2(a).

16.    The Development Projects were specifically addressed and were part of the assets that Sellers were selling and **Purchaser** was acquiring. The documentation that I have prepared or otherwise reviewed clearly shows that Purchaser was acquiring the Development Projects. I was not a party to any communication in which Morgan Creek even referred to the

Development Projects. I believe that counsel for Morgan Creek inadvertently omitted the Development Projects from Schedule 3.2(a) and this was a mistake that was not caught until I was reviewing the chain of title for one of the projects.

17. I personally prepared the versions of Schedule 3.1 on which the Development Projects appeared. When Morgan Creek joined with Purchaser in the Joint APA, the attorneys for Morgan Creek took over the task of revising the schedules. I assumed that Schedule 3.1 would just be carried over into the final Joint APA

18. If the Court orders that an Amended Schedule 3.2(a) that includes the Development Projects be filed and made a part of the Sale Order and Joint APA, Purchaser will own that which it negotiated for and will be in a position to clear the chain of title issues it is having and will continue to have relating to the Development Projects.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of January 2008 at Los Angeles, California.

_____

HANS W. TURNER, Declarant

Susan Tregub

| | |
|---|---|
| **From:** | hans turner [nturner@mobius entertainment com] |
| **Sent:** | Thursday, May 25, ____ 2:04 PM |
| **To:** | DLN |
| **Cc:** | Susan Tregub; DL Christian |
| **Subject:** | Schedule 3.1 |
| **Attachments:** | Exhibit 3.1.do |

David

Attached is my best shot at Schedule 3.1. The one David asked me to include. Frankly some stuff I'm not in a position to do so I appended at the end of the schedule.

I indicated earlier that I would conform 3.1 as well but I might as well just tell you the differences as I don't staff that makes the changes should you want. I also recommend conforming the title names to my title documents too much stuff floating around, most of which have alternate titles in the development stage.

Here are the differences for 3.3 I suspect the other David will disagree with me but these are my thoughts

1. Active South — this is an old title, one of the underlying SPE was not signed... and the signed one that is Andrews being Jon Wyckoff. There is no titled Sales Agent agreement. These two were done in about 2004 and it seems a little late to try to enforce something for which you have no documentation you even have it.

2. Bare Wench Project — Ditto

3. Final Voyage — Ditto

4. Stranded — Ditto

5. Midnight Vendetta — Ditto

And those are my comments

Hans


Exhibit A

## SCHEDULE 3.1
## SCHEDULE OF MOTION PICTURES
## COVERED BY THE ASSET PURCHASE AGREEMENT

| | Film Title | Related Production SPE | Rights |
|---|---|---|---|
| 1 | 29 Dates | Private Label, Inc. | All |
| 2 | 3000 Miles To Graceland | 3000 Miles Productions, Inc. | All |
| 3 | Ablaze | Firestorm Productions, Inc. | All |
| 4 | Air Rage | Synthetic Film Works, Inc. | All |
| 5 | Alex and Emma | Alex and Emma Productions, Inc. | All |
| 6 | Angel Eyes | Seraph Productions Inc. | All |
| 7 | Animal Factory | Animal Productions, LLC | All |
| 8 | Art of War | Not Applicable | Distribution Rights |
| 9 | Auggie Rose | Auggie Rose Productions, Inc. | All |
| 10 | Avenging Angelo | Not Applicable | Sales Agent Only |
| 11 | Ballistic: Ecks Vs. Sever | Sever Productions, Inc. | Distribution rights |
| 12 | Battlefield Earth | Battlefield Productions, LLC | All |
| 13 | Big Kahuna, The | First Trigger Productions, Inc. | All |
| 14 | Boondock Saints | South Boondock Productions, Inc. | All |
| 15 | Boys on the Run | Quinta Communications | Unknown |
| 16 | But I'm A Cheerleader | Not Applicable | Sales Agent Only |
| 17 | Captured (AKA Agent Red) | Captured Productions, Inc. | All |
| 18 | Caveman's Valentine, The | Homeless Productions, Inc. | All |
| 19 | City By The Sea | Seabreeze Productions, Inc. | All |
| 20 | Confession, The | Conprod, Inc. | All |
| 21 | Critical Mass | Mass Prods, Inc. | All |
| 22 | Desperate But Not Serious | Desperate, Inc. | All |
| 23 | Driven | Champs Productions Inc. | All |
| 24 | Entropy | Disorder Productions, Inc. | All |
| 25 | Extreme Dating | Not Applicable | Sales Agency Only |
| 26 | Fear.com | Not Applicable | Distribution Rights |
| 27 | Five Aces | Spin Card Films, Inc. | All |
| 28 | Foreigner | The Jimmy Show | Sales Agent Only |
| 29 | Free Money | Not Applicable | Sales agent only |
| 30 | Get Carter | Carter Productions, LLC | All |
| 31 | Green Dragon, The | TGD Productions, Inc. | All |
| 32 | Hairy Tale (AKA Funky Monkey) | Not Applicable | Sales Agent Only |
| 33 | Half Past Dead | The Jimmy Show | Sales Agent Only |
| 34 | Heist | Heightened Productions Inc. | All |
| 35 | It, Dog, Rabbit | Rabbitprod, Inc. | All |
| 36 | In Laws, The | TDP Productions, Inc. | Distribution rights |
| 37 | Into The Sun | Sun Productions Inc. | Limited Sales Agency |
| 38 | Intrepid | Flip Ship Films, Inc. | All |
| 39 | Investigating Sex | Not Applicable | Sales Agent only |
| 40 | Jill Ripps | Ripped Films, Inc. | All |
| 41 | Kept | Not Applicable | Sales Agent only |
| 42 | Meet Prince Charming | Not Applicable | Sales Agent Only |
| 43 | Mercy | Merciless Movies, Inc. | All |
| 44 | Murder Of Crows | Crows Nest Films, Inc. | All |
| 45 | Out of Reach | Reach Productions, Inc. | All |

1

## SCHEDULE 3.1
## SCHEDULE OF MOTION PICTURES
## COVERED BY THE ASSET PURCHASE AGREEMENT

| | Film Title | Related Production SPE | Rights |
|---|---|---|---|
| 46 | Pledge, The | Pledge Productions, Inc. | All |
| 47 | Plump Fiction | Not Applicable | Sales Agent Only |
| 48 | Poor White Trash | Not Applicable | Sales Agent Only |
| 49 | Rangers | Rangers Productions, Inc. | All |
| 50 | Rennie's Landing | Not Applicable | Sales Agent Only |
| 51 | Restraining Order | Restrained Films, Inc. | All |
| 52 | Retrograde | Not Applicable | Sales Agent Only |
| 53 | Sonic Impact (AKA Sonic Blast) | Silent Productions, Inc. | All |
| 54 | Sound of Thunder, A | Laptop Ltd. | All |
| 55 | Spartan | Spartan Productions, Inc. | Distribution rights |
| 56 | Storm Catcher | Stormy Productions, Inc. | All |
| 57 | Submerged | Underwater Productions, Inc. | All |
| 58 | Things You Can Tell Just By | Not Applicable | Foreign Sales Agency |
| 59 | Third Miracle, The | Unbelievable, Inc. | All |
| 60 | This is My Father | Not Applicable | Sales agent only |
| 61 | Tracker, The | Not Applicable | Sales Agent Only |
| 62 | Tycus | Tycus Productions, Inc. | All |
| 63 | Venom | Snake Eyes Productions, Inc. | All |
| 64 | Viva Las Nowhere | VLN Productions, Inc. | All |
| 65 | White River Kid | Saint Mortimer Films, Inc. | All |
| 66 | Whole Nine Yards, The | Nine Yards Productions LLC | All |
| 67 | Whole Ten Yards, The | Nine Yards Two Productions, Inc. | Distribution rights |
| 68 | Woman Wanted | Woman Wanted Productions, Inc. | All |
| 69 | You Stupid Man | Not Applicable | Sales agent only |
| 70 | Zig Zag | Zig Zag Productions, Inc. | All |
| 71 | Investigating Sex | Apollo Media GmbH | None |
| 72 | Mumbo Jumbo | Apollo Media GmbH | None |
| 73 | My First Mister | Apollo Media GmbH | None |
| 74 | You Stupid Man | Apollo Media GmbH | None |

(1) - Franchise never had sales agent rights and all physical elements were returned to Quanta

(2) - Owned by Andrew Stevens

(3) - Purportedly purchased in foreclosure by Andrew Stevens

(4) - Titles owned by Apollo Media, a German Fund. There was no written agreement with Franchise. Apollo has notified Mobius that they were terminating their oral approval of Franchise to act as agent. Licenses still exist and future servicing

(5) - Franchise received only foreign sales agency rights from LIZH for "one turn only" in each territory. As each Franchise licensed a territory, its sales agency right to that territory terminated. Most territories were licensed.

## SCHEDULE 3.1
## SCHEDULE OF MOTION PICTURES
## COVERED BY THE ASSET PURCHASE AGREEMENT

FP LLC Development Projects
Double Nickels
The Suburbans
Muse
Bunkers of the Wind
Black Angel
Coup D'Etat
Ernie Popovich Project
Head in the Clouds
Liar's Club
Da Bummy
Yonkers Joe
Ocean Warrior
H.E.L.L.
Worst Case Scenario
Trailer Park Cassanova
Intervention
Nora
Donnie Darko
In The Lake
Dead Reckoning
See Jane Run
Greatest King, The
Princess
McBeth In Africa
Void Moon
This Man, This Woman
Shr
Without A Word (aka Dancer)
Painted Veil
Rubicon
See Sammy Run
Zapata
Kiss of Death
Six
Glad All Over
Chasing The Dragon
Painted Veil
Window Maker, The
Special Interest
City of Ghosts
American Iron
Deal Kings
Nora
Fingered

## SCHEDULE 3.1
## SCHEDULE OF MOTION PICTURES
## COVERED BY THE ASSET PURCHASE AGREEMENT

**FP LLC Development Projects**

Mister Hughes
Seals
Making Mars
Stalk
Watchman
End House
Camp
Goliath
Just Like Mona
Edmond
Fears Club
Fixer
Ashes to Ashes
Jack of Stars
Pentagon
Snow Falling
Fossil Light
Rune Gods

Susan Tregub

| | |
|---|---|
| From: | hars turner [internet @mucbus-entertainment.com] |
| Sent: | Thursday, June 08, 2006 4:04 PM |
| To: | Judith Orr; Susan Tregub; DEN; Stuart I. Koenig |
| Cc: | Jay. a bergstein |
| Subject: | Exhibit 3.1 FINAL |
| Attachments: | Exhibit 3.1.doc |

We have re-titled 3.1 to the Bill of Sale by re-titling the middle column heading to state whether the SPE or the Title Holder, which allowed us to re-change from an SPE to a Franchise entity. Remember that some of the Dates are the 20 Dates were not in any SPE such a Private Label in this instance of 20 Dates. In this manner, every entity, whether that middle column is a situated as an entity on the Bill of Sale.

Actually let me state that last sentence another way. There is AT LEAST ONE entity, pertaining to each film in the middle column that is on the Bill of Sale, and sometimes more than one. This compares to the previous 3.1 for example in which the middle column had NO entity that also appeared on the Bill Of Sale.

I have also removed a title, Boys on the Run, for which NO debtor entity had any rights and which I said in a footnote. But what is the point of having a film on the schedule for which there are no rights and saying so in a footnote. I also left in Likewise Fashion (LOST ANGELS) because in taking off the Bill of Sale, I noticed it was in issue here.

And I re-ordered the footnotes, if anyone cares.

**This is my final 3.1 work product. Please discard all previous iterations**

Cross off an initial line

POST SCRIPT
I have only one more exhibit to submit. Schedule 6.2 List of executory contracts to be rejected. In my personal opinion Bergstein must review this schedule and my comments thereon and provide some guidance as I am missing something that I can clean up the comments. I have received no feedback on it yet, but as Little Orphan Annie said, there's always tomorrow.

*Exhibit B*

## SCHEDULE 3.1
## SCHEDULE OF MOTION PICTURES
## COVERED BY THE ASSET PURCHASE AGREEMENT

| | Film Title | Related SPE or Rights-holder | Rights Claimed By Debtor Entities |
|---|---|---|---|
| 1 | 20 Dates | Franchise Phoenician | All |
| 2 | 3000 Miles To Graceland | 3000 Miles Productions, Inc. | |
| 3 | Ablaze | Franchise Phoenician | All |
| 4 | Air Rage | Franchise Phoenician | All |
| 5 | Alex and Emma | Alex and Emma Productions, Inc. | All |
| 6 | Angel Eyes | Seraph Productions Inc | All |
| 7 | Animal Factory | Animal Productions, LLC | All |
| 8 | Art of War | Franchise Phoenician | Distribution Rights |
| 9 | Auggie Rose | Auggie Rose Productions, Inc. | All |
| 10 | Avenging Angelo | Franchise Phoenician | Sales Agent Only |
| 11 | Ballistic Ecks Vs. Sever | Sever Productions, Inc. VS Productions Inc. Cinema Holdings Inc. | Distribution rights |
| 12 | Battlefield Earth | Battlefield Productions LLC | All |
| 13 | Big Kahuna, The | South Boondock Inc. VS Patseno Productions | All |
| 14 | Boondock Saints | South Boondock Productions, Inc | All |
| 15 | But I'm A Cheerleader | Franchise Phoenician | Sales Agent Only |
| 16 | Captured (AKA Agent Red) | Captured Productions, Inc. | All |
| 17 | Caveman's Valentine, The | Cave and Productions, Inc. | All |
| 18 | City By The Sea | Seabreeze Productions, Inc | All |
| 19 | Confession, The | Conprod, Inc | All |
| 20 | Critical Mass | SPE Holding Corp | All |
| 21 | Desperate But Not Serious | Desperate, Inc. | All |
| 22 | Driven | Champs Productions Inc. | All |
| 23 | Entopy | Disorder Productions, Inc | All |
| 24 | Extreme Dating | Franchise Phoenician | Sales Agency Only |
| 25 | Fear.com | Franchise Phoenician | Distribution Rights |
| 26 | Five Aces | Split Card Films, Inc. | All |
| 27 | Foreigner | Franchise Phoenician | Sales Agent Only |
| 28 | Free Money | Twin Pictures Acquisition Corp | Sales Agent Only |
| 29 | Get Carter | Carter Productions LLC | All |
| 30 | Green Dragon, The | TGD Productions, Inc | All |
| 31 | Hairy Tale (aka Funky Monkey) | Franchise/Phoenician | Sales Agent Only |
| 32 | Half Past Dead | Franchise/Phoenician | Sales Agent Only |
| 33 | Heist | Heightened Productions Inc. | All |
| 34 | It, Dog, Rabbit | Rabbitprod, Inc. | All |
| 35 | In Laws, The | Franchise Pictures LLC FDP Productions, Inc. | Distribution rights |
| 36 | Into The Sun | Franchise Pictures/Franchise Studios | Limited Sales Agency |
| 37 | Intrepid | SPE Holding Corp. | All |
| 38 | Jill Rapps | Ripped Films, Inc. | All |
| 39 | Kept | Franchise Phoenician | Sales Agent only |
| 40 | Lost Angels | Lost Angels Productions, Inc. | Distribution rights |
| 41 | Meet Prince Charming | Franchise/Phoenician | Sales Agent Only |
| 42 | Mercy | Merciless Movies, Inc | All |
| 43 | Murder Of Crows | SPE Holding Corp. | All |
| 44 | Out of Reach | Franchise Studios LLC | All |

1

## SCHEDULE 3.1
## SCHEDULE OF MOTION PICTURES
## COVERED BY THE ASSET PURCHASE AGREEMENT

| | Film Title | Related Production SPE | Rights |
|---|---|---|---|
| 45 | Pieces of ... | Pieces Productions, Inc. | All |
| 46 | Pinup Force2 | Franchise Phoenician | Sales Agency only |
| 47 | Poor White Trash | Franchise Phoenician | Sales Agent Only |
| 48 | Rangers | Rangers Productions, Inc. | All |
| 49 | Rennie's Landing | Franchise Phoenician | Sales Agent Only |
| 50 | Restraining Order | Restrained Films, Inc. | All |
| 51 | Retrograde | Franchise Phoenician | Sales Agency Only |
| 52 | Sonic Impact - aka Sonic Blast | Silent Productions, Inc | All |
| 53 | Sound of Thunder, A | Franchise Pictures LLC  Rumbling Productions, Inc. | All |
| 54 | Spartan | Spartan Distribution, Inc. | Distribution only? |
| 55 | Storm Catcher | Storny Productions, Inc. | All |
| 56 | Submerged | SPE Holding Corp. | All |
| 57 | Things You Can Tell Just By | Franchise Phoenician | Limited Sales Agency |
| 58 | Third Miracle, The | Unbelievable Productions, Inc | All |
| 59 | This is My Father | Two Pictures Acquisition Corp | Sales agent only |
| 60 | Tracker, The | Franchise Phoenician | Limited Sales Agency |
| 61 | Tycus | Franchise Phoenician | All |
| 62 | Venom | Snake Eyes Productions, Inc | All |
| 63 | Viva Las Nowhere | VLN Productions, Inc | All |
| 64 | White River Kid | Saint Mortimer Films, Inc. | All |
| 65 | Whole Nine Yards, The | Nine Yards Productions LLC | All |
| 66 | Whole Ten Yards, The | Nine Yards Two Productions, Inc. Franchise Pictures LLC | Distribution rights |
| 67 | Woman Wanted | Franchise Phoenician | All |
| 68 | Zig Zag | Zig Zag Productions, Inc | All |
| 69 | Investigating Sex | Apollo Media GmbH | None |
| 70 | Mumbo Jumbo3 | Apollo Media GmbH | None |
| 71 | My First Mister | Apollo Media GmbH | None |
| 72 | Your Stupid Man | Apollo Media GmbH | None |

(1) - Franchise received only foreign sales agency rights from LTZ II for "one turn only" for each territory. 78% of product licensed a territory, its sales agency right to that territory terminated. Most territories were licensed.

(2) - Purportedly purchased in foreclosure by Andrew Stevens

(3) - Titles owned by Apollo Media, a German fund. There was no written agreement with Franchise. Apollo has notified Mobius that they were terminating their oral approval of Franchise to act as agent. Licenses of direct distribution agreements.

## SCHEDULE 3.1
## SCHEDULE OF MOTION PICTURES
## COVERED BY THE ASSET PURCHASE AGREEMENT

FP LLC Development Projects

Double Nickels
The Suburbans
Muse
Drinkers of the Wind
Black Angel
Coup D'Etat
Ernie Popovich Project
Head in the Clouds
Liar's Club
Da Bronimy
Yonkers Joe
Ocean Warrior
If I Fell
Worst Case Scenario
Trailer Park Cassanova
Intervention
Narc
Donnie Darko
In The Lake
Dead Reckoning
See Jane Run
Greatest King, The
Princess
McBeth In Africa
Void Moon
This Man, This Woman
Sin
Without A Word (aka Dancer)
Painted Veil
Rubicon
See Sammy Run
Zapata
Kiss of Death
Six
Glad All Over
Chasing The Dragon
Painted Veil
Window Maker, The
Special Interest
City of Ghosts
American Iron
Deal Kings
Nora

Exhibit 1

## SCHEDULE 3.1
## SCHEDULE OF MOTION PICTURES
## COVERED BY THE ASSET PURCHASE AGREEMENT

EP-LLC Development Projects

Mister Hush...

Seals

Making Mavis

Stalk

Watchman

End House

Camp

Goliath

Just Like Mona

Edmond

Harvest Job

Trove

Ashes to Ashes

Jack of Stars

Pentagon

Snow Falling

Food Fight

Runelords

4

Susan Tregub

| | |
|---|---|
| From: | Hans Turner [HTurner@Capco/Films US] |
| Sent: | Wednesday, August 0, 1:00 3:50 PM |
| To: | Justin 'Q?' |
| Cc: | 'PLH'; David Bergsten; Susan Tregub; Stuart Kleine |
| Subject: | Amended Schedules |
| Attachments: | Schedule 6 1_amended 2.doc; Schedule 3.0.pdf; Schedule ... |

Attached please find ALL of the schedules to the APA. Note that some HAVE NOT been amended and are the same as previously filed. I am sending these without David Bergstein's final review and approval, and more importantly as the Purchaser will need to give such approval. However, Susan and I believe that the schedules are properly and in accordance with the Purchaser's and everyone else's input and recommendations.

PS I think 6.1 is properly headed and need not be changed.

Exhibit C

## AMENDED SCHEDULE 3.1
## SCHEDULE OF MOTION PICTURES
## COVERED BY THE ASSET PURCHASE AGREEMENT[1]

| | Film Title | Related SPE or Rights-holder | Rights Claimed By Debtor Entities |
|---|---|---|---|
| | 2 Dates | Franchise Phoenician | All |
| 2 | 2000 Miles To Graceland | 2000 Miles Productions, Inc. | All (Note 2) |
| 3 | Abbess | Franchise Phoenician | All |
| 4 | Air Rage | Franchise Phoenician | All |
| 5 | Alex and Emma | Alex and Emma Productions, Inc. | All |
| 6 | Angel Eyes | Seraph Productions Inc. | All (Note 2) |
| 7 | Animal Factory | Animal Productions, LLC | All |
| 8 | Art of War | Franchise Phoenician | Distribution Rights only |
| 9 | Auggie Rose | Auggie Rose Productions, Inc. | All |
| 10 | Avenging Angelo | Franchise Phoenician | Sales agent only |
| 11 | Ballistic: Ecks Vs. Sever | Sever Productions, Inc., VS Productions, Inc. Cinema Holdings Inc. | Distribution rights |
| 12 | Battlefield Earth | Battlefield Productions, LLC | All (Note 2) |
| 13 | Big Kahuna, The | Suite Productions, Inc. & Franchise Phoenician | All |
| 14 | Boondock Saints | South Boondock Productions, Inc | All |
| 15 | But I'm A Cheerleader | Franchise Phoenician | Sales agent only |
| 16 | Captured (AKA Stolen Rest) | Captured Productions, Inc. | All |
| 17 | Caveman's Valentine, The | Valentine Productions, Inc., Homeless Prods. | All |
| 18 | City By The Sea | Seabreeze Productions, Inc. | All |
| 19 | Confession, The | Conprod, Inc. | All |
| 20 | Critical Mass | SPE Holding Corp. | All |
| 21 | Desperate But Not Serious | Desperate, Inc. | All |
| 22 | Driven | Champs Productions Inc | All |
| 23 | Entropy | Disorder Productions, Inc. | All |
| 24 | Extreme Dating | Franchise Phoenician | Sales agent only |
| 25 | Fear.com | Franchise Phoenician | Distribution Rights |
| 26 | Five Aces | Split Card Films, Inc. | All |
| 27 | Foreigner | Franchise/Phoenician | Sales agent only |
| 28 | Free Money | Twin Pictures Acquisition Corp. | Sales agent only |
| 29 | Get Carter | Carter Productions LLC | All (Note 2) |
| 30 | Green Dragon, The | TGD Productions, Inc | All |
| 31 | Hairy Tale (aka Funky Monkey) | Franchise Phoenician | Sales agent only |
| 32 | Half Past Dead | Franchise Phoenician | Sales agent only |
| 33 | Heist | Heightened Productions Inc. | All (Note 2) |
| 34 | It Dog: Rabbit | Rabbitprod, Inc. | All |
| 35 | In-Laws, The | Franchise Pictures LLC, IDP Productions, Inc. | Sales agent only |

[1] The proposed Sale contemplates the disposition of only those rights and assets actually owned by the Sellers. The Sellers are not purporting to transfer rights or assets that are owned by third parties.

[2] The proposed Sale is subject to all orders previously entered by the Court, including, without limitation, the order entered by the Court on October 31, 2005 approving the sale of certain sequel rights relating to "Art of War" to Sony Pictures Home Entertainment Inc.

1

## AMENDED SCHEDULE 3.1
### SCHEDULE OF MOTION PICTURES
### COVERED BY THE ASSET PURCHASE AGREEMENT

| | Film Title | Related SPE or Rights-holder | Rights Claimed By Debtor Entities |
|---|---|---|---|
| 36 | Into The Sun | Franchise Pictures Franchise Studios | Limited Sales Agency |
| 37 | Intercept | SPI Holding Corp. | All |
| 38 | Jill Ripps | Ripped Films, Inc | All |
| 39 | Kept | Franchise Phoenician | Sales agent only |
| 40 | Lost Angels | Lost Angels Productions, Inc | Distribution rights |
| 41 | Meet Prince Charming | Franchise Phoenician | Sales agent only |
| 42 | Mercy | Merciless Movies, Inc | All |
| 43 | Murder Of Crows | SPI Holding Corp. | All |
| 44 | Out of Reach | Franchise Studios LLC | Sales agent only |
| 45 | Pledge, The | Pledge Productions, Inc | All (Note 2) |
| 46 | Plump Fiction | Franchise Phoenician | Sales agent only |
| 47 | Poor White Trash | Franchise Phoenician | Sales agent only |
| 48 | Rangers | Rangers Productions, Inc | All |
| 49 | Rennie's Landing | Franchise Phoenician | Sales agent only |
| 50 | Restraining Order | Restrained Films, Inc | All |
| 51 | Retrograde | Franchise Phoenician | Sales agent only |
| 52 | Some Impact (aka Some Blast) | Silent Productions, Inc | All |
| 53 | Sound of Thunder, A | Franchise Pictures LLC Braidfut Productions, Inc | Sales agent only |
| 54 | Spartan | Spartan Distribution, Inc | Distribution rights |
| 55 | Stormy Catcher | Stormy Productions, Inc. | All |
| 56 | Submerged | SPI Holding Corp. | All |
| 57 | Things You Can Tell Just By | Franchise Phoenician | Limited Sales Agency |
| 58 | Third Miracle, The | Unbelievable Productions, Inc | All |
| 59 | This is My Father | Twin Pictures Acquisition Corp. | Sales agent only |
| 60 | Tracker, The | Franchise Phoenician | Sales agent only |
| 61 | Tycus | Franchise Phoenician | All |
| 62 | Venom | Snake Eyes Productions, Inc | All |
| 63 | Viva Las Nowhere | VLN Productions, Inc. | All |
| 64 | White River Kid | Saint Mortimer Films, Inc. | All |
| 65 | Whole Nine Yards, The | Nine Yards Productions LLC Nine Yards Two Productions, Inc. Franchise Pictures LLC | All (Note 2) Sales agent only |
| 66 | Whole Ten Yards, The | Franchise/Phoenician | All |
| 67 | Woman Wanted | Zig Zag Productions, Inc | All |
| 68 | Zig Zag | | |

NOTE: The *First Motion*, *Investigating Sex*, *Stupid Man* and *Mambo Italiano* are motion pictures owned by Apollo Media GmbH which were listed in the initial Schedule 3.1, for which Mobius International, Inc. acted as servicer pursuant to a number of foreign license agreements which were entered into, as licensee, by Franchise Pictures of Mobius, Inc. which claim no ownership or other rights in these films.

NOTE 2: For each of these eight films, the debtor entity licensed the distribution rights to Morgan Creek Productions in perpetuity after the expiry of the initial ten-year license term to Warner Bros. Buyer will be beneficiary of rights under the Morgan Creek distribution agreement that would otherwise have inured to the benefit of the Sellers.

---

Franchise received only foreign sales agency rights from HZ/H for "one turn only" in each territory. When Franchise licensed a territory, its sales agency right to that territory terminated. Most territories were licensed.

This film was purportedly purchased in foreclosure by Andrew Stevens.

2

## AMENDED SCHEDULE 3.1
## SCHEDULE OF MOTION PICTURES
## COVERED BY THE ASSET PURCHASE AGREEMENT

**FP LLC Development Projects**
Double Nickels
The Suburban
Muse
Drinkers of the Wind
Black Angel
Coup D'Etat
Ernie Popovich Project
Head in the Clouds
Liar's Club
Da Blummy
Yonkers Joe
Ocean Warrior
H I Fell
Worst Case Scenario
Trailer Park Cassanova
Intervention
Nina
Donnie Darko
In The Lake
Dead Reckoning
See Jane Run
Greatest King, The
Princess
McBeth In Africa
Void Moon
This Man, This Woman
Shi
Without A Word (aka Dance)
Painted Veil
Rubicon
See Sammy Run
Zapata
Kiss of Death
Six
Glad All Over
Chasing The Dragon
Painted Veil
Window Maker, The
Special Interest
City of Ghosts
American Iron
Deal Kings
Nora
Fingered

## AMENDED SCHEDULE 3.1
## SCHEDULE OF MOTION PICTURES
## COVERED BY THE ASSET PURCHASE AGREEMENT

### FP LLC Development Projects

Mister Harsher
Scar
Making Movies
Stalk
Watchman
End House
Camp
Goliath
Just Like Mona
Edmond
Enter God
Focus
Ashes to Ashes
Jack of Stars
Pentagon
Snow Falling
T... Lydia
Rimelords

4

Susan Tregub

**From:** Juliet Y. Oh [jyo@pirsm.com]
**Sent:** Wednesday, August 9, 2006 9:00 PM
**To:** Hans Turner; Susan Tregub; David Bergstein
**Cc:** DLN; Stuart I. Koenig; John Bryski
**Subject:** RE: Amended Schedules
**Attachments:** [illegible]

[several illegible paragraphs]

Amended Schedule 5.1 — [illegible]

Amended Schedule 2.1(g) — [illegible]

Amended Schedule [illegible]

Amended Schedules 2 — [illegible]

If you have any comments or changes on the attached versions of the Amended Schedules, please let me know by no later than <u>NOON</u> tomorrow (Thursday, 8/10/06). If I receive no comments or changes by noon, I will go ahead and file the Amended Schedules with the Court. Thank you.

---

**From:** Hans Turner [mailto:HTurner@CapitolFilms.US]
**Sent:** Wednesday, August 09, 2006 3:50 PM
**To:** Juliet Y. Oh
**Cc:** DLN; 'David Bergstein'; 'Susan Tregub'; 'Stuart I. Koenig'
**Subject:** Amended Schedules

Attached please find ALL of the Schedules to the APA. Note that some HAVE NOT been amended (e.g. 3.3, 3.6) and are the same as previously filed. I am sending these without David Bergstein's final review and approval and amendment, as the Purchaser will need to give such approval. However, Susan and I believe that the schedules are complete and in accordance with the Purchaser's and everyone else's input and recommendations.

PS I think 6.1 is properly headed and need not be changed.

Exhibit D

AMENDED SCHEDULE 3.1
SCHEDULE OF MOTION PICTURES
COVERED BY THE ASSET PURCHASE AGREEMENT[1]

| | Film Title | Related SPE or Rights-holder | Rights Claimed By Debtor Entities |
|---|---|---|---|
| | 20 Dates | Franchise Phoenician | All |
| 2 | 3000 Miles To Graceland | 3000 Miles Productions, Inc | All |
| 3 | Affair | Franchise Phoenician | |
| 4 | Air Rage | Franchise Phoenician | All |
| 5 | Alex and Emma | Alex and Emma Productions, Inc. | All |
| 6 | Angel Eyes | Seraph Productions Inc | All |
| 7 | Animal Factory | Animal Productions, LLC | All |
| 8 | Art of War | Franchise Phoenician | Distribution Rights |
| 9 | Auggie Rose | Auggie Rose Productions, Inc | All |
| 10 | Avenging Angelo | Franchise Phoenician | Sales agent only |
| 11 | Ballistic: Ecks Vs. Sever | Sever Productions, Inc, VS Productions, Inc. Cinema Holdings Inc. | Distribution rights |
| 12 | Battlefield Earth | Battlefield Productions, LLC | All |
| 13 | Big Kahuna, The | Suite Productions, Inc. & Franchise Phoenician | All |
| 14 | Boondock Saints | South Boondock Productions, Inc | All |
| 15 | Bad Pack A Cheerleader | Franchise Phoenician | Sales agent only |
| 16 | Captured (AKA Mortal Price) | Capture I Pic Pictures, Inc. | |
| 17 | Caveman's Valentine, The | Valentine Productions, Inc, Homeless Prods | All |
| 18 | City By The Sea | Seabreeze Productions, Inc | All |
| 19 | Confession, The | Conprod, Inc. | All |
| 20 | Critical Mass | SPE Holding Corp. | All |
| 21 | Desperate But Not Serious | Desperate, Inc. | All |
| 22 | Driven | Champs Productions Inc | All |
| 23 | Entropy | Disorder Productions, Inc. | All |
| 24 | Extreme Dating | Franchise Phoenician | Sales agent only |
| 25 | Fear.com | Franchise Phoenician | Distribution Rights |
| 26 | Five Aces | Split Card Films, Inc. | All |
| 27 | Foreigner | Franchise Phoenician | Sales agent only |
| 28 | Free Money | Twin Pictures Acquisition Corp. | Sales agent only |
| 29 | Get Carter | Carter Productions LLC | All |
| 30 | Green Dragon, The | TGD Productions, Inc | All |
| 31 | Hairy Tale (aka Funky Monkey) | Franchise Phoenician | Sales agent only |
| 32 | Half Past Dead | Franchise Phoenician | Sales agent only |

[1] The proposed Sale contemplates the disposition of only those rights and assets actually owned by the Debtor entities. Sellers are not purporting to transfer rights or assets that are owned by third parties.

For each of these eight films, the debtor entity licensed the distribution rights to Morgan Creek Productions, Inc. in perpetuity after the expiration of the initial ten-year license term to Warner Bros. Upon the Closing of the proposed Sale, Buyer will be the beneficiary of any proceeds of the Morgan Creek distribution agreement that would otherwise flow to one or both of the Sellers.

The proposed Sale is subject to all orders previously entered by the Court, including without limit of the order entered by the Court on October 31, 2005 approving the sale of certain sequel rights relating to "Art of War" to Sony Picture Home Entertainment Inc

| Film Title | Related SPE or Rights-holder | Rights Claimed By Debtor Entities |
|---|---|---|
| 33  Heist | Heightened Productions Inc | All |
| 34  If Dog Rabbit | Rabbitprod, Inc | All |
| 35  In Laws, The | Franchise Pictures LLC FDP Productions, Inc | Sales agent only |
| 36  Into The Sun | Franchise Pictures Franchise Studios | Limited Sales Agency |
| 37  Intrepid | SPE Holding Corp | All |
| 38  Jill Rips | Ripped Films, Inc | All |
| 39  Kept | Franchise Phoenician | Sales agent only |
| 40  Lost Angels | Lost Angels Productions, Inc | Distribution rights |
| 41  Meet Prince Charming | Franchise Phoenician | Sales agent only |
| 42  Mercy | Merciless Movies, Inc | All |
| 43  Murder Of Crows | SPE Holding Corp, | All |
| 44  Out of Reach | Franchise Studios LLC | Sales agent only |
| 45  Pledge, The | Pledge Productions, Inc | All |
| 46  Plump Fiction | Franchise Phoenician | Sales agent only |
| 47  Poor White Trash | Franchise Phoenician | Sales agent only |
| 48  Rangers | Rangers Productions, Inc | All |
| 49  Rennie's Landing | Franchise Phoenician | Sales agent only |
| 50  Restraining Order | Restrained Films, Inc | All |
| 51  Retrograde | Franchise Phoenician | Sales agent only |
| 52  Sonic Impact (a.k.a Sonic Blast) | Sonic Productions, Inc | All |
| 53  Sound of Thunder, A | Franchise Pictures LLC Rumblinc Productions, Inc | Sales agent only |
| 54  Spartan | Spartan Distribution, Inc. | Distribution rights |
| 55  Storm Catcher | Stormy Productions, Inc | All |
| 56  Submerged | SPE Holding Corp | All |
| 57  Things You Can Tell Just By | Franchise Phoenician | Limited Sales Agency |
| 58  Third Miracle, The | Unbelievable Productions, Inc | All |
| 59  This is My Father | Twin Pictures Acquisition Corp | Sales agent only |
| 60  Tracker, The | Franchise Phoenician | Sales agent only |
| 61  Tycus | Franchise Phoenician | All |
| 62  Venom | Snake Eyes Productions, Inc | All |
| 63  Viva Las Nowhere[5] | VLN Productions, Inc. | All |
| 64  White River Kid | Saint Mortimer Films, Inc | All |
| 65  Whole Nine Yards, The | Nine Yards Productions LLC | All |
| 66  Whole Ten Yards, The | Nine Yards Two Productions, Inc. Franchise Pictures LLC | Sales agent only |
| 67  Woman Wanted | Franchise Phoenician | All |
| 68  Zig Zag | Zig Zag Productions, Inc | All |

**NOTE:** *The Last Mile* *Investigating Sex, Too Sing a Man* and *Mambo Jumbo* are motion pictures covered by App. no. MI- En On IbEf which were listed in the initial Schedule 3-1, for which Mobius International, Inc. acted as servicing agent for a limited number of foreign license agreements which were entered into as licensee, by Franchise Pictures or Mobius. Neither entity had any ownership or other rights in these films.

_____

[4] Franchise received only foreign sales agency rights from LLZ-H for "one turn only" in each territory. When Franchise licensed a territory, its sales agency right to that territory terminated. Most territories were licensed.

[5] This film was purportedly purchased in foreclosure by Andrew Stevens.

## FP LLC Development Projects

Double Nickels
The Sebastians
Muse
Drinkers of the Wind
Black Angel
Cupid Inc.
I nue Popsicle Project
Head in the Clouds
Liar's Club
De Bitnany
Yonkers Joe
Ocean Warrior
It I Lvil
Worst Case Scenario
Trailer Park Cassanova
Intervention
Sirle
Donnie Darko
In The Lake
Dead Reckoning
See Jane Run
Create A King: The
Princess
McBeth In Africa
Void Moon
This Man, This Woman
Shi
Without A Word (aka Dancer)
Painted Veil
Rubican
See Sammy Run
Zapata
Kiss of Death
Six
Glad All Over
Chasing The Dragon
Painted Veil
Window Maker, The
Special Interest
City of Ghosts
American Iron
Deal Kings
Nora
Fingered
Mister Hughes
Seals
Making Mavis
Stalk
Watchman
End House

Camp
Goliath
Just Like Mom
Edmond
Liars Club
Trixie
Ashes to Ashes
Jack of Stars
Pentagon
Snow Falling
Good Fight
Runchords

## PROOF OF SERVICE

STATE OF CALIFORNIA. COUNTY OF LOS ANGELES.

I am employed in the county of Los Angeles. State of California. I am over the age of 18 and not a party to the within action: my business address is 10100 Santa Monica Blvd., Suite 1250. Los Angeles. CA 90067.

On January 11. 2008 I served the following documents described as DECLARATION OF HANS W. TURNER IN SUPPORT OF MOTION BY FPLAC. LLC FOR AN ORDER CLARIFYING THE SALE ORDER AND ASSET PURCHASE AGREEMENT RELATING TO THE PURCHASE OF DEBTORS' ASSETS AND AMENDING SCHEDULE 3.2(a) THEREOF on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid . addressed as follows:

See Attached Service List

 XX  (BY MAIL) as follows: I caused such envelope with postage thereon. fully prepaid. to be placed in the United States mail..

_____ (BY FACSIMILE) as follows: I caused the foregoing document(s) to be served by facsimile transmission by use of the facsimile number (818) 789-9697 to each interested party at the facsimile number shown below. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

 XX  (FEDERAL) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury that under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of January 2008 in Los Angeles. California.

I declare under the laws of the United States if America that the foregoing is true and correct.

Alanna Guardino

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Counsel for Debtor
David L. Neale, Esq.
Juliet Y. Oh, Esq.
LEVENE, NEALE, BENDER, RANKIN &
BRILL
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

U.S. Trustee
Marjorie L. Erickson, Esq.
OFFICE OF THE U.S. TRUSTEE
128 East Carrillo Street
Santa Barbara, CA 93101

Debtor's Restructuring Advisors
John Brincko
BRINCKO ASSOCIATES, INC.
12100 Wilshire Blvd., Suite 1030
Los Angeles, CA 90025

Creditors' Committee Chair
Attorneys for SAG, WGA, and DGA
Joseph A. Kohanski, Esq.
BUSH QUINONEZ GOTTLIEB
ADELSTEIN & DICKINSON
3500 W. Olive Ave., Suite 1100
Burbank, CA 91505

Counsel for Film Finances, Inc.
Gary E. Gans, Esq.
Mitchell, Silberberg & Knupp
11377 West Olympic Blvd.
Los Angeles, CA 90064

Gene Hackman
c/o Fred Specktor
CREATIVE ARTISTS AGENCY
9830 Wilshire Blvd.
Beverly Hills, CA 90212

Creditors' Committee Member/
Counsel for Intertainment Licensing Gmbh
Samuel A. Newman, Esq.
Eric Fromme, Esq.
Scott A. Edelman, Esq.
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Counsel for Morgan Creek Productions
Inc.
Alan S. Gutman, Esq.
Law Offices of Alan S. Gutman
9401 Wilshire Blvd., Ste.575
Beverly Hills, CA 90212-2918

Creditors' Committee Member
Christopher M. Trunkey
Scott Sebasty
PHOENIX PICTURES INC.
10202 W. Washington Blvd., Suite 106
Culver City, CA 90232-3195

Creditors' Committee Member
Matt Salinger
PLAN B PRODUCTIONS
c/o New Moon Productions
1700 Broadway, 17th Floor
New York, NY 10019

| | |
|---|---|
| Creditors' Committee Member | Counsel for Shochiku Co., Ltd. |
| c/o Vicki G. Shapiro | David Fidler, Esq. |
| Assistant General Counsel | KLEE, TUCHIN, BOGDANOFF & |
| SCREEN ACTORS GUILD, INC. | STERN |
| 5757 Wilshire Blvd. | 1999 Avenue of the Stars, 39th Floor |
| Los Angeles, CA 90036 | Los Angeles, CA 90067 |
| | |
| Stuart I. Koenig, Esq. | Request for Special Notice |
| CREIM, MACIAS, KOENIG & FREY LLP | Martin Zohn, Esq. |
| 633 West Fifth Street, 51st Floor | PROSKAUER ROSE, LLP |
| Los Angeles, CA 90071 | 2049 Century Park East, Suite 3200 |
| | Los Angeles, CA 90067-3206 |
| | |
| Request for Special Notice/ | Michael Lurey |
| Attorneys for Warner Bros. | Latham & Watkins |
| Lawrence Peitzman, Esq. | 633 W. 5th Street, #4000 |
| PEITZMAN, WEG, & KEMPINSKY LLP | Los Angeles, CA 90071-2005 |
| 10100 Santa Monica Blvd., Suite 1450 | |
| Los Angeles, CA 90067 | |
| | |
| Request for Special Notice/ | Request for Special Notice |
| Attorneys for Sony Pictures Entertainment | Lance N. Jurich, Esq. |
| Jennifer L. Nassiri, Esq. | LOEB & LOEB |
| Sara L. Chenetz, Esq. | 10100 Santa Monica Blvd., Suite 2200 |
| DLA PIPER us LLP | Los Angeles, CA 90067-4164 |
| 1999 Avenue of the Stars, 4th Floor | |
| Los Angeles, CA 90067-6022 | |
| | |
| Request for Special Notice/ | Request for Special Notice/ |
| Counsel for Film Finances, Inc. | Counsel for Castle Rock Pictures, Inc. |
| Lawrence A. Diamant, Esq. | Wayne M. Smith, Esq. |
| ROBINSON, DIAMANT & WOLKOWITZ | WARNER BROS. ENTERTAINMENT 1888 |
| Century Park east, Suite 1500      INC. | |
| Los Angeles, CA 90067 | 4000 Warner Blvd. |
| | Building 156 So., Room 5158 |
| | Burbank, CA 91522 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Counsel for Morgan Creek
Joseph Eisenberg, Esq.
JEFFER, MANGELS, BUTLER &
MARMARO
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Request for Special Notice
Counsel for XL Reinsurance America
Gary J. Valeriano, Jesse Hernandez,
Mark Krone
ANDERSON McPHARLIN &
CONNERS
444 S. Flower Street, Thirty-First Floor
Los Angeles, CA 90071-2901

Request for Special Notice/
Counsel for Epsilon Motion Pictures GmbH
Paul Glassman, Adam Starr
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Request for Special Notice/
Counsel for Andrew Vanja
RUTTER HOBBS & DAVIDOFF, INC.
Brian Davidoff, Esq.
1901 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

Request for Special Notice/
Counsel for The Film Musicians
Secondary Market Fund
David G. Marcus, Esq.
CELLA, LANGE & CELLA
23120 Alicia Parkway, Suite 200
Mission Viejo, CA 92692

Counsel for MHF Zweite Academy,
et al.
Jonathan S. Shenson
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

Request for Special Notice
Brian A. Sun, Esq.
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071

Request for Special Notice/
Counsel for Elie Samaha
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692

Counsel for Airmovies, Inc.
Jeffrey E. Gersh/Rochelle A. Herzog
ZIMMERMAN, ROSENFELD, GERSH & LEEDS
9107 Wilshire Blvd., Suite 300
Beverly Hills, CA 90210-5528

Request for Special Notice/Filmline Int'l
Corrine Rebhun, Esq.
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

| | | |
|---|---|---|
| 1 | Golden Productions<br>4834 Gamling Lane<br>Orlando, FL 32821 | <u>Counsel for Wolf Films, etc.</u><br>Michael D. Holz, Esq.<br>LAVELY & SINGER<br>2049 Century Park East, Suite 2400<br>Los Angeles, CA 90067-2906 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | <u>Counsel for MHF Zweite Academy, et al.</u><br>Ernst-August Schneider-Geschaftsfuhrer<br>Academy Film GmbLuise-Ullrich-Strasse 8<br>D-82031 Grunwald, Germany | <u>Counsel for New City Releasing</u><br>Eric P. Israel, Esq.<br>DANNING, GILL, DIAMOND &<br>KOLLITZ, LLP<br>2029 Century Park East, Third Floor<br>Los Amgeles, CA 90067-2904 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | <u>Co-Counsel for CB Productions</u><br>Mark Serlin, Esq.<br>Serlin & Whiteford, LLP<br>813 F. Street, 2nd Floor<br>Sacramento, CA 95814 | <u>Counsel for Creditor Terence L. Young</u><br>Carlos R. Perez, Esq.<br>REICH, ADELL, CROST & CVITAN<br>2670 N. Main Street, Suite 300<br>Santa Ana, CA 92705 |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | <u>Financial Advisor for Debtors</u><br>Philip Fier<br>Focus Advisory Services<br>874 Fiske Street<br>Pacific Palisades, CA 90272 | Poser Investments, Inc.<br>Attn: Richard Hudson Share, Esq.<br>150 N. Santa Anita Avenue, Suite 530<br>Arcadia, CA 91006 |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | <u>Counsel to Home Box Office, Inc.</u><br>Stephen Sapienza, Esq.<br>Home Box Office Inc.<br>1100 Avenue of the Americas<br>New York, NY 10036 | <u>Request for Special Notice/Counsel for</u><br><u>Proteus Films, John J. Nicholson pka</u><br><u>Jack Nicholson</u><br>David Gould, P.C.<br>MCDERMOTT WILL & EMERY LLP<br>2049 Century Park East, 34th Floor<br>Los Angeles, CA 90067-3208 |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1

James Yenzer
Liquidity Solutions, Inc.

2

One University Plaza, Suite 312
Hackensack, NJ 07601

3

4

5

Counsel for CB Productions
James F. Lindsay, Esq.

6

550 West Main Street, Suite C-876
Alhambra, CA 91801

7

8

9

Request for Special Notice/*Apollo Media*
Marina Fineman, Esq., Gary Klausner, Esq.

10

Stutman, Treister & Glatt PC
1901 Avenue of the Stars, 12th Floor

11

Los Angeles, CA 90067-3208

12

13

14

Elie Samaha
8228 West Sunset Blvd.
Los Angeles, CA 90048-2414

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Co-Counsel for FilmMusiciansFund
Mark Sharf, Esq.
Sharf Law Firm
15821 Ventura Blvd., Ste. 275
Encino, CA 91436

Attorneys for the Stevens Parties
Richard Esterkin
Morgan, Lewis & Bockius LLP
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132

Proposed Motion Picture Accounting
And Auditing Consulting
Sills & Adelmann
Attn: Steven D. Sills
1801 Century Park East, Suite 1450
Los Angeles, CA 90067